ORIGINAL



**Oppenheim + Zebrak, LLP**

**MEMO ENDORSED**

Vivian E. Kim
4530 Wisconsin Avenue, NW
Fifth Floor
Washington, DC 20016
202.480.2044
Vivian@oandzlaw.com

October 30, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/20

<u>**VIA HAND DELIVERY**</u> (docket currently under seal)

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Elsevier Inc. et al. v. Does 1-86 d/b/a 7yec.com et al.*
      S.D.N.Y. Case No. 20-cv-8438-LLS

Dear Judge Stanton:

We represent Plaintiffs Elsevier Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., McGraw Hill LLC, and Pearson Education, Inc. ("Plaintiffs") in the above-referenced action. We write for two reasons. First, Plaintiffs request that the sealing order imposed on October 9, 2020 and extended on October 20, 2020 be lifted by the close of business on November 2, 2020. On November 2, 2020, Plaintiffs intend to serve Defendants with the Complaint and other papers in this action, which they will do by email pursuant to the October 9, 2020 Alternate Service Order. Accordingly, Defendants will then have been made aware of this action, and the reasons for sealing the docket will no longer apply.

Second, Plaintiffs request to file under seal one document that is being filed on November 2, 2020—the *unredacted* version of Appendix C to Plaintiffs' Proposed Preliminary Injunction. This document must be filed under seal because it contains a list of Defendants' restrained bank account numbers, which cannot be filed in unredacted form under Federal Rule of Civil Procedure 5.2(a)(4); *see also* Your Honor's Individual Practices Rule 3a; S.D.N.Y. E.C.F. Filing Rule 6.1. For the Records Management clerk's convenience, Plaintiffs will provide an unredacted version of Appendix C to be filed under seal, and a redacted version of Appendix C to be filed publicly on the docket once the Court lifts the sealing order.

Thank you for the Court's consideration of these requests.

*So Ordered
Louis L. Stanton
11/2/20*

Hon. Louis L. Stanton<br>
October 30, 2020<br>
Page 2 of 2

Sincerely,

*[signature]*

Vivian E. Kim