**COMPLAINT EXHIBIT A**

| No. | Publisher | Infringed Work | Registration Number | Infringing Site |
|---|---|---|---|---|
| 1 | Cengage | Accounting 24th Edition, Testbank | TX 7-892-537<br>TX 8-196-823 | ebookentry.com |
|  | Cengage | Accounting 24th Edition, Testbank | TX 7-892-537<br>TX 8-196-823 | testbanks-solutionmanual.com |
|  | Cengage | Accounting 24th Edition, Testbank | TX 7-892-537<br>TX 8-196-823 | testbanksolution01.com |
| 2 | Cengage | Cengage Learning Testing Powered by Cognero for Alarid's Community-Based Corrections | TX 8-113-657 | ebookas.com |
| 3 | Cengage | Cengage Learning Testing, powered by Cognero for Barlow/Durand's Abnormal Psychology: An Integrative Approach | TX 8-167-878 | alibabadownload.com |
|  | Cengage | Cengage Learning Testing, powered by Cognero for Barlow/Durand's Abnormal Psychology: An Integrative Approach | TX 8-167-878 | hwpremium.com |
| 4 | Cengage | Cengage Learning Testing, powered by Cognero for Boone/Kurtz's Contemporary Marketing | TX 8-208-764 | hwpremium.com |
| 5 | Cengage | Cengage Learning Testing, powered by Cognero for Gaines/Miller's Criminal Justice in Action | TX 8-113-654 | aplustbsm.blogspot.com |
| 6 | Cengage | Cengage Learning Testing, powered by Cognero for Kendall's Sociology in Our Times: The Essentials | TX 8-185-315 | digitaltestbanks.com |
| 7 | Cengage | Cengage Learning Testing, powered by Cognero Instant Access for Miller/Cross' The Legal Environment Today | TX 8-210-637 | studentpush.com |
| 8 | Cengage | Cengage Testing, powered by Cognero® for Brown/Suter/Churchill's Basic Marketing Research | TX 8-449-950 | testbankdb.com |
| 9 | Cengage | Cengage Testing, powered by Cognero® for Griffin/Phillips/Gully's Organizational Behavior: Managing People and Organizations | TX 8-803-721 | rhyible.myshopify.com |
| 10 | Cengage | Cengage Testing, powered by Cognero® for Hurley/Watson's A Concise Introduction to Logic | TX 8-350-152 | testbankgroup.com |
| 11 | Cengage | Cengage Testing, powered by Cognero® for Kuratko's Entrepreneurship: Theory, Process, Practice | TX 8-771-439 | instructoraccess.com |
| 12 | Cengage | Cengage Testing, powered by Cognero® for Mankiw's Essentials of Economics | TX 8-198-504 | digtext.com |
| 13 | Cengage | Cengage Testing, powered by Cognero® for MIS | TX 8-875-809 | maxizzy.myshopify.com |
| 14 | Cengage | Cengage Testing, powered by Cognero® for Nellen/Young/Raabe/Maloney's South-Western Federal Taxation 2020: Essentials of Taxation: Individuals and Business Entities | TX 8-808-345 | testbankquestions.com |
| 15 | Cengage | Cengage Testing, powered by Cognero® for Novack/Gibson/Suzuki/Coyle's Transportation: A Global Supply Chain Perspective | TX 8-595-199 | maxizzy.myshopify.com |
| 16 | Cengage | Cengage Testing, powered by Cognero® for Wahlen/Jones/Pagach's Intermediate Accounting: Reporting and Analysis | TX 8-793-097 | testbankdeals.com |
| 17 | Cengage | Cengage Testing, powered by Cognero® for Wilson/Dilulio/Bose/Levendusky's American Government: Institutions and Policies | TX 8-544-041 | testbankshop.net |
| 18 | Cengage | Cognero for Mankiw's Principles of Macroeconomics | TX 8-185-314 | hometestbanks.com |
| 19 | Cengage | Cognero for Mankiw's Principles of Microeconomics | TX 8-185-357 | tb-book.com |
| 20 | Cengage | Cognero for Walker's Strategic Management Communication for Leaders | TX 8-185-144 | ebookentry.com |
| 21 | Cengage | Complete Solutions Manual for Brase and Brase's Understanding Basic Statistics, 7th Edition | TX 8-180-123 | students-exams.com |
| 22 | Cengage | Foundations of Marketing, 8th | TX 8-702-724 | digtext.com |
| 23 | Cengage | Test Bank for Brigham/Houston's Fundamentals of Financial Management, Concise Edition, 8th | TX 8-196-782 | testbank2020.com |
| 24 | Cengage | Test Bank for Guffey/Loewy's Business Communication: Process and Product | TX 8-208-780 | alibabadownload.com |
| 25 | Cengage | Test Bank for Sue/Sue/Sue's Essentials of Understanding Abnormal Behavior, 2nd | TX 7-730-410 | testbanknsolutions.com |
| 26 | Elsevier | Atlast of Human Anatomy, 6th | TX 7-923-896 | collegestudenttextbook.org |
| 27 | Elsevier | Canadian Fundamentals of Nursing Fifth Edition TEST BANK | TX 7-895-563 | testbankfire.com |

**COMPLAINT EXHIBIT A**

| No. | Publisher | Infringed Work | Registration Number | Infringing Site |
|---|---|---|---|---|
| 28 | Elsevier | Clinical Nursing Skills & Techniques Eighth Edition TEST BANK | TX 7-895-551 | nursingtestbank.info |
| 29 | Elsevier | Contemporary Nursing Sixth Edition TEST BANK | TX 7-880-093 | etestbanks.com |
| 30 | Elsevier | Critical Care Nursing Sixth Edition TEST BANK | TX 7-897-148 | nursingtb.com |
| 31 | Elsevier | Ebersole and Hess' Gerontological Nursing and Healthy Aging Fourth Edition TEST BANK | TX 7-895-957 | realnursingtestbank.com |
| 32 | Elsevier | Foundations of Nursing Sixth Edition TEST BANK | TX 7-880-107 | nursingtestbanks.co |
| 33 | Elsevier | Maternal Child Nursing Care Nursing Care Fifth Edition TEST BANK | TX 7-895-540 | testbankdata.com |
| 34 | Elsevier | Maternal-Child Nursing Third Edition TEST BANK | TX 7-880-383 | testbankinc.com |
| 35 | Elsevier | Medical-Surgical Nursing Eighth Edition TEST BANK | TX 7-877-879 | boostgrade.info |
|  | Elsevier | Medical-Surgical Nursing Eighth Edition TEST BANK | TX 7-877-879 | nursingtestbank0.info |
|  | Elsevier | Medical-Surgical Nursing Eighth Edition TEST BANK | TX 7-877-879 | testbankteam.com |
| 36 | Elsevier | Medical-Surgical Nursing Seventh Edition TEST BANK | TX 7-880-341 | sweetgrades.com |
| 37 | Elsevier | Pharmacology and the Nursing Process Sixth Edition TEST BANK | TX 7-880-365 | nursingstudentshelp.com |
|  | Elsevier | Pharmacology and the Nursing Process Sixth Edition TEST BANK | TX 7-880-365 | sweetgrades.com |
| 38 | Elsevier | Pharmacology for the Primary Care Provider Fourth Edition TEST BANK | TX 7-880-212 | testmango.com |
| 39 | Elsevier | Textbook of Radiographic Positioning and Related Anatomy Eighth Edition TEST BANK | TX 7-880-081 | testbank.solutions |
|  | Elsevier | Textbook of Radiographic Positioning and Related Anatomy Eighth Edition TEST BANK | TX 7-880-081 | testbanks.net |
| 40 | Elsevier | The Language of Medicine TEST BANK | TX 7-880-087 | testbankworld.org |
| 41 | Elsevier | Understanding Pathophysiology Fourth Edition TEST BANK | TX 7-880-221 | nursingtestbanks.co |
|  | Elsevier | Understanding Pathophysiology Fourth Edition TEST BANK | TX 7-880-221 | nursingtestbanktank.com |
| 42 | Macmillan Learning | Berger Invitation Life Span 3E Downloadable Test Bank | TX 8-653-117 | testbankbase.com |
| 43 | Macmillan Learning | Comer Fundamentals of Abnormal Psychology 8E Downloadable Test Bank | TX 8-667-829 | solutiontestbank.net |
| 44 | Macmillan Learning | Hockenbury Discovering Pscyhology 7E Downloadable Test Bank | TX 8-653-118 | instructoraccess.com |
| 45 | Macmillan Learning | Litch Scientific American Presenting Psychology Downloadable Test Bank | TX 8-653-120 | testbankking.com |
| 46 | Macmillan Learning | Myers Exploring Psychology 10E Downloadable Test Bank | TX 8-653-121 | testbankdoc.com |
| 47 | Macmillan Learning | Pierce Genetics A Conceptual Approach 6E Downloadable Test Bank | TX 8-667-841 | testbankclick.com |
| 48 | Macmillan Learning | Pocket Style Manual, 8th | TX 8-525-413 | 7yec.com |
| 49 | Macmillan Learning | Schacter Psychology Canadian Edition 4E Downloadable Test Bank | TX 8-741-523 | canadiantestbanksolutions.blogspot.com |
|  | Macmillan Learning | Schacter Psychology Canadian Edition 4E Downloadable Test Bank | TX 8-741-523 | testbank.cc |
| 50 | Macmillan Learning | Ziegler How Children Develop 5E Downloadable Test Bank | TX 8-665-942 | cybertestbank.com |
| 51 | McGraw Hill | Instructor's Manual Volume 1 Lecture Outlines and Test Bank to accompany Crafting and Executing Strategy The Quest for Competitive Advantage Concepts and Cases, Fourteenth Edition | TX 6-054-992 | testbank101.com |
| 52 | McGraw Hill | Test Bank to Accompany Corporate Finance, 10/E | TX 8-048-272 | testbankhut.com |
| 53 | McGraw Hill | Test Bank to Accompany Advanced Accounting, 12/E | TX 8-048-197 | buytestbankonline.com |
| 54 | McGraw Hill | Test Bank to Accompany Fundamentals of Investment Management, 8/E | TX 6-218-070 | testbanktree.com |
| 55 | McGraw Hill | Test Bank to Accompany Macroeconomics, 11th Ed |  | testbankfiles.com |
| 56 | McGraw Hill | Test Bank to Accompany Microeconomics, 8/E, by Stephen L. Slavin and James Watson | TX 7-129-089 | findtestbanks.com |
| 57 | McGraw Hill | Test Bank to Accompany Essentials of Corporate Finance, 3/E, by David R. Kuipers et al. | TX 5-304-610 | testbankarea.com |
| 58 | McGraw Hill | Test Bank to Accompany Experience Psychology, 2/E | TX 8-050-847 | tbmirate.com |
| 59 | McGraw Hill | Test Bank to Accompany Fundamentals of Corporate Finance, 6/E, by Stephen A. Ross et al. | TX 5-619-000 | testbankpaper.com |

**COMPLAINT EXHIBIT A**

| No. | Publisher | Infringed Work | Registration Number | Infringing Site |
|---|---|---|---|---|
| 60 | McGraw Hill | Test Bank Volume 1, Chapters 1-12 to Accompany Fundamental Accounting Principles, 18/E, by John J. Wild et al.<br>Test Bank Volume 2, Chapters 13-25 to Accompany Fundamental Accounting Principles, 18/E, by John J. Wild et al. | TX 6-362-163<br>TX 6-407-389 | collegestudenttextbook.org |
| 61 | Pearson | Advanced Accounting Test Bank, 12/E | TX 8-209-674 | testbanklib.com |
| 62 | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | 7yec.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | buy-solutions-manual.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | digtext.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | ebookas.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | student-saver.blogspot.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbankair.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbankandsolutions.blogspot.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbankbyte.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbankclasses.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbankmanuals.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbankplanet.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | testbanksolutionmanual.com |
|  | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX 8-183-299 | universalstudyguides.com |
| 63 | Pearson | Campbell Biology, 10th | TX 8-307-770 | 7yec.com |
| 64 | Pearson | Campbell Biology: Concepts and Connections Test Bank, 8/E | TX 8-209-602 | testbankgrade.com |
|  | Pearson | Campbell Biology: Concepts and Connections Test Bank, 8/E | TX 8-209-602 | testbankslist.wordpress.com |
|  | Pearson | Campbell Biology: Concepts and Connections Test Bank, 8/E | TX 8-209-602 | testbanktop.com |
| 65 | Pearson | Campbell Essential Biology Test Bank, 6/E | TX 8-209-525 | testbankreal.com |
| 66 | Pearson | Computer Organization and Architecture Test Item File, 10/E | TX 8-294-950 | textbooksolutions.cc |
| 67 | Pearson | Cost Accounting, 15/E Test Bank | TX 8-149-138 | testbankpass.com |
| 68 | Pearson | Elementary Statistics, 12/E Test Bank | TX 8-154-681 | aplustbsm.blogspot.com |
|  | Pearson | Elementary Statistics, 12/E Test Bank | TX 8-154-681 | testbankster.com |
| 69 | Pearson | Financial Markets & Institutions, 8/E Test Bank | TX 8-343-597 | testbankhost.com |
| 70 | Pearson | Fundamentals of Statistics, 4/E Instructor's Solutions Manual | TX 8-343-608 | solutiontestbank.com |
| 71 | Pearson | Graphical Approach to Algebra & Trigonometry, 7th | TX 7-853-036 | maxizzy.myshopify.com |
| 72 | Pearson | Instructor's Solutions Manual (Download Only) for Essentials of Statistics, 6/e | TX 8-596-411 | solutiontestbank.com |
| 73 | Pearson | Introduction to Biotechnology, 3/E Computerized Test Bank | TX 8-356-946 | testbank.co.com |
| 74 | Pearson | Introduction to Financial Accounting, 11/E Test Bank | TX 8-357-199 | testbanklab.com |
| 75 | Pearson | Introduction to Management Accounting Test Bank, 16/E | TX 8-209-613 | solutionsmanual888.wordpress.com |
|  | Pearson | Introduction to Management Accounting Test Bank, 16/E | TX 8-209-613 | test-bank-solution.blogspot.com |
| 76 | Pearson | Managerial Economics and Strategy, 2/E Test Bank | TX 8-299-186 | buddiez4u.myshopify.com |
| 77 | Pearson | Mechanical Vibrations Instructor Solutions Manual, 6/E | TX 8-245-470 | testbanky.com |