**COMPLAINT EXHIBIT B**

| Plaintiff | Trademark | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|
| Cengage | Cengage | 3,603,349 | Doe 12<br>Doe 28<br>Doe 36<br>Doe 70 |
| Cengage | South-Western | 3,493,849 | Doe 70 |
| Cengage | (logo) | 3,790,579 | Doe 12<br>Doe 28<br>Doe 36<br>Doe 70 |
| Elsevier | Elsevier | 749,444 | Doe 4<br>Doe 15<br>Doe 22<br>Doe 23<br>Doe 24<br>Doe 26<br>Doe 27<br>Doe 35<br>Doe 51<br>Doe 56<br>Doe 61<br>Doe 79<br>Doe 84 |
| Elsevier | Evolve | 3,027,676 | Doe 35<br>Doe 61<br>Doe 79 |
| Macmillan Learning | Macmillan Learning | 5,599,332 | Doe 1 |
| McGraw Hill | McGraw Hill Education | 4,664,267 | Doe 9<br>Doe 46<br>Doe 55<br>Doe 60<br>Doe 67 |
| Pearson | (P logo) | 5,130,854 | Doe 20<br>Doe 30<br>Doe 80<br>Doe 85 |
| Pearson | Pearson | 2,599,724<br>2,600,081<br>2,652,792<br>2,679,355<br>2,691,830 | Doe 1<br>Doe 20<br>Doe 30<br>Doe 80<br>Doe 85 |

*Elsevier Inc. et al. v. Does 1-86 d/b/a 7yec.com et al.*