*Ex Parte* Order Appendix B

| Doe # | Infringing Site | Email Address(es) for Infringing Site |
|---|---|---|
| 1 | 7yec.com | support@7yec.com |
| 1 | 7yec.com | 272529872@qq.com |
| 2 | alibabadownload.com | support@alibabadownload.com |
| 2 | alibabadownload.com | RogersValentine1996@gmail.com |
| 2 | alibabadownload.com | info@alibabadownload.com |
| 2 | alibabadownload.com | dentonanthony1991@gmail.com |
| 3 | aplustbsm.blogspot.com | ehab_hamdi98@hotmail.com |
| 3 | aplustbsm.blogspot.com | AplusTBSM@gmail.com |
| 4 | boostgrade.info | support@nursingtestbank.info |
| 5 | buddiez4u.myshopify.com | ramdanyusoff808@gmail.com |
| 6 | buy-solutions-manual.com | jamescook8349@gmail.com |
| 6 | buy-solutions-manual.com | buy.solutions.manual@gmail.com |
| 7 | buytestbankonline.com | contact@buytestbankonline.com |
| 8 | canadiantestbanksolutions.blogspot.com | canadiantbs@hotmail.com |
| 8 | canadiantestbanksolutions.blogspot.com | bookyourorder@outlook.com |
| 9 | collegestudenttextbook.org | contact@collegestudenttextbooks.com |
| 9 | collegestudenttextbook.org | contact@collegestudenttextbook.org |
| 10 | cybertestbank.com | crakigomille@gmail.com |
| 11 | digitaltestbanks.com | testbank101@pgsmo.com |
| 11 | digitaltestbanks.com | support@digitaltestbanks.com |
| 12 | digtext.com | Support@digtext.com |
| 13 | ebookas.com | onlinestores.payment@gmail.com |
| 13 | ebookas.com | contact@ebookas.com |
| 14 | ebookentry.com | support@ebookentry.com |
| 14 | ebookentry.com | RogersValentine1996@gmail.com |
| 15 | etestbanks.com | etestbanksco@gmail.com |
| 16 | findtestbanks.com | support@findtestbanks.com |
| 16 | findtestbanks.com | paygate@findtestbanks.com |
| 17 | hometestbanks.com | bookpro@ymailsrv.online |
| 18 | hwpremium.com | ssoothing1@gmail.com |
| 18 | hwpremium.com | hwpremium90@gmail.com |
| 19 | instructoraccess.com | sales@instructoraccess.com |
| 19 | instructoraccess.com | instructoraccess24@gmail.com |
| 20 | maxizzy.myshopify.com | aszmanamin@outlook.com |
| 21 | nursingstudentshelp.com | nursingstudentshelp.com-owner@customers.whoisprivacycorp.com |
| 22 | nursingtb.com | nursetb2020@gmail.com |
| 23 | nursingtestbank.info | support@nursingtestbank.info |
| 24 | nursingtestbank0.info | nursingtestbank0.info-owner@customers.whoisprivacycorp.com |
| 25 | nursingtestbanks.co | nursingtestbanks.co@gmail.com |
| 26 | nursingtestbanktank.com | testbanktank@gmail.com |
| 27 | realnursingtestbank.com | realnursingtestbank.com-owner@customers.whoisprivacycorp.com |
| 28 | rhyible.myshopify.com | khairulamiriny@gmail.com |
| 28 | rhyible.myshopify.com | a.aminrazak@outlook.com |
| 29 | solutionsmanual888.wordpress.com | solutionsmanual888@gmail.com |
| 29 | solutionsmanual888.wordpress.com | onlinetutorings@gmail.com |
| 30 | solutiontestbank.com | solutiontsb@gmail.com |
| 31 | solutiontestbank.net | smtbstore@gmail.com |
| 31 | solutiontestbank.net | indigo01515@gmail.com |

| Doe # | Infringing Site | Email Address(es) for Infringing Site |
|---|---|---|
| 32 | buy-testbanks.com | student-saver@hotmail.com |
| 32 | buy-testbanks.com | student.p24@hotmail.com |
| 32 | student-saver.blogspot.com | student-saver@hotmail.com |
| 32 | student-saver.blogspot.com | projessa@hotmail.com |
| 33 | studentpush.com | support@studentpush.com |
| 33 | studentpush.com | studentpush2020@gmail.com |
| 33 | studentpush.com | mansour.m83m@gmail.com |
| 34 | students-exams.com | studentsmanuals@gmail.com |
| 35 | sweetgrades.com | support@sweetgrades.com |
| 36 | tb-book.com | yzvo@vip.qq.com |
| 37 | tbmirate.com | tbmirate@gmail.com |
| 37 | tbmirate.com | arslan.nazar23@gmail.com |
| 38 | test-bank-solution.blogspot.com | testb-solutions@hotmail.com |
| 38 | test-bank-solution.blogspot.com | pay.tb@hotmail.com |
| 39 | testbank.cc | tb4u@foxmail.com |
| 39 | testbank.cc | qidiantiku@foxmail.com |
| 40 | testbank.co.com | Testbankdotco@gmail.com |
| 40 | testbank.co.com | johnmary5jan@gmail.com |
| 41 | testbank.solutions | contact@testbank.solutions |
| 42 | testbank101.com | chrislaw9719@gmail.com |
| 43 | testbank2020.com | payment@testbankgrade.com |
| 44 | testbankair.com | testbank101@pgsmo.com |
| 44 | testbankair.com | info@testbankair.com |
| 45 | testbankandsolutions.blogspot.com | testbankmart@gmail.com |
| 45 | testbankandsolutions.blogspot.com | bookyourorder@outlook.com |
| 46 | testbankarea.com | support@testbankarea.com |
| 46 | testbankarea.com | dentonanthony1991@gmail.com |
| 47 | testbankbase.com | tbsales2020@gmail.com |
| 47 | testbankbase.com | support@testbankbase.com |
| 48 | testbankbyte.com | testbankbyte.com |
| 48 | testbankbyte.com | sale@testbankbyte.com |
| 49 | testbankclasses.com | mikey87@protonmail.com |
| 50 | testbankclick.com | pw-cb69c0ec34850d4158d15d5c0fb46141@privacyguardian.org |
| 50 | testbankclick.com | tbhost2020@gmail.com |
| 51 | testbankdata.com | paypalpayment@testbanklab.com |
| 51 | testbankdata.com | info@testbankdata.com |
| 52 | testbankdb.com | doalshaf@gmail.com |
| 53 | testbankdeals.com | support@testbankdeals.com |
| 54 | testbankdoc.com | testbandkdoc@gmail.com |
| 54 | testbankdoc.com | learningoon@gmail.com |
| 55 | testbankfiles.com | sales@testbankfiles.com |
| 55 | testbankfiles.com | admin@testbankfiles.com |
| 56 | testbankfire.com | testbankanswerkey@gmail.com |
| 56 | testbankfire.com | support@testbankfire.com |
| 56 | testbankfire.com | info@testbankfire.com |
| 57 | testbankgrade.com | contact@privacyprotect.org |
| 58 | testbankgroup.com | AniemGuss@gmail.com |
| 59 | testbankhost.com | testbankhost@gmail.com |

| Doe # | Infringing Site | Email Address(es) for Infringing Site |
|---|---|---|
| 60 | testbankhut.com | support@testbankstore.com |
| 60 | testbankhut.com | support@testbankhut.com |
| 60 | testbankhut.com | mansour.m83m@gmail.com |
| 61 | testbankinc.com | support@testbankinc.com |
| 61 | testbankinc.com | sales@testbankinc.com |
| 62 | testbankking.com | sales@testbankking.com |
| 63 | testbanklab.com | support@testbanklab.com |
| 64 | testbanklib.com | solutionstore@smtbfiles.com |
| 64 | testbanklib.com | info@testbanklib.com |
| 65 | testbankmanuals.com | testbankmanuals@protonmail.com |
| 65 | testbankmanuals.com | adampeterson78@outlook.com |
| 66 | testbanknsolutions.com | testbanknsolutions@gmail.com |
| 66 | testbanknsolutions.com | nguyenmanhdat22982@gmail.com |
| 66 | thetestbanksolutions.com | testbanknsolutions@gmail.com |
| 66 | thetestbanksolutions.com | nguyenmanhdat22982@gmail.com |
| 67 | testbankpaper.com | mikey87@protonmail.com |
| 68 | testbankpass.com | mikey87@protonmail.com |
| 69 | testbankplanet.com | TestbankPlanet@gmail.com |
| 69 | testbankplanet.com | Support@TestBankPlanet.com |
| 69 | testbankplanet.com | Sales@TestbankPlanet.com |
| 70 | testbankquestions.com | mikey87@protonmail.com |
| 71 | testbankreal.com | Support@TestBankReal.com |
| 71 | testbankreal.com | dentonanthony1991@gmail.com |
| 72 | testbanks-solutionmanual.com | student.p24@hotmail.com |
| 72 | testbanks-solutionmanual.com | projessa@hotmail.com |
| 73 | testbanks.net | realhighered@gmail.com |
| 73 | testbanks.net | mail@testbanks.net |
| 74 | testbankshop.net | crakigomille@gmail.com |
| 75 | testbankslist.wordpress.com | testbanko@gmail.com |
| 75 | testbankslist.wordpress.com | Rababahmo@yahoo.com |
| 76 | testbanksolution01.com | testbanksm01@gmail.com |
| 76 | testbanksolution01.com | ccrp7009@gmail.com |
| 77 | testbanksolutionmanual.com | sales@testbanksolutionmanual.com |
| 78 | testbankster.com | support@testbankster.com |
| 78 | testbankster.com | lesononio36@zirmail.com |
| 79 | testbankteam.com | info@testbankteam.com |
| 80 | testbanktop.com | testbanktop@gmail.com |
| 80 | testbanktop.com | support@testbanktop.com |
| 81 | testbanktree.com | inquiry@testbanktree.com |
| 82 | testbankworld.org | angelco725@gmail.com |
| 83 | testbanky.com | help.tbsm@gmail.com |
| 84 | testmango.com | hello@testmango.net |
| 85 | textbooksolutions.cc | textbooksolutions.cc@gmail.com |
| 85 | textbooksolutions.cc | receipts+s3lubtliufmmxcixfeek@stripe.com |
| 86 | universalstudyguides.com | you@example.com |
| 86 | universalstudyguides.com | universalstudyguides@gmail.com |