| Infringing Site | Domain Registrar | Domain Host | Cloud Storage Provider | Payment Processor |
|---|---|---|---|---|
| 7yec.com | Xin Net Technology Corporation | Shinjiru Technology Sdn Bhd | | Stripe and PayPal |
| alibabadownload.com | Internet Domain Service BS Corp | Sucuri | | PayPal |
| aplustbsm.blogspot.com | MarkMonitor Inc. | Google Llc | Mediafire | PayPal |
| boostgrade.info | Internet Domain Service BS Corp | Cloudflare Inc. | | paid-memberships-pro |
| buddiez4u.myshopify.com | MarkMonitor Inc. | Shopify Inc. | Mega | PayPal |
| buy-solutions-manual.com | GoDaddy.com, LLC | Cloudflare, Inc. | | |
| buy-testbanks.com | Instra Corporation Pty Ltd. | Cloudflare, Inc. | | |
| buytestbankfor.com | NameCheap, Inc. | Namecheap, Inc. | | |
| buytestbankonline.com | NameCheap, Inc. | Cloudflare, Inc | | |
| canadiantestbanksolutions.blogspot.com | MarkMonitor Inc. | Google LLC | | PayPal |
| collegestudenttextbook.org | Tucows Inc. | Cloudflare, Inc. | Google Drive | Woocommerce/Stripe |
| cybertestbank.com | Internet Domain Service BS Corp | OVH Hosting, Inc. | | PayPal |
| digitaltestbanks.com | NameSilo, LLC | DigitalOcean, LLC | | PayPal |
| digtext.com | NameCheap, Inc. | Cloudflare, Inc. | | Stripe |
| ebookas.com | NameCheap, Inc. | Cloudflare, Inc. | | PayPal |
| ebookentry.com | Internet Domain Service BS Corp | Sucuri | | PayPal |
| etestbanks.com | NameCheap, Inc. | Amazon Data Services NoVa | ecwid | Stripe |
| exambanksolutions.com | GoDaddy.com, LLC | PUBLIC-DOMAIN-REGISTRY | | |
| findtestbanks.com | NameSilo, LLC | Cloudflare, Inc. | Google Drive | PayPal |
| hometestbanks.com | NameSilo, LLC | Cloudflare, Inc. | | PayPal |
| hwpremium.com | NameCheap, Inc. | Namecheap, Inc. | | PayPal |
| instructoraccess.com | NameSilo, LLC | Sucuri | | Clickbank |
| maxizzy.myshopify.com | MarkMonitor Inc. | CLOUDFLARENET | Mega | PayPal |
| nursingstudentshelp.com | Internet Domain Service BS Corp | Cloudflare Inc. | | |
| nursingtb.com | NameSilo, LLC | Sucuri | | PayPal |
| nursingtestbank.info | Internet Domain Service BS Corp | Cloudflare Inc. | | |
| nursingtestbank0.info | Internet Domain Service BS Corp | Cloudflare Inc. | | |
| nursingtestbanks.co | NameCheap, Inc. | Cloudflare Inc. | | Woocommerce |
| nursingtestbanktank.com | Wild West Domains, LLC | Fastly | | Stripe |
| realnursingtestbank.com | Internet Domain Service BS Corp | Cloudflare Inc. | | |
| rhyible.myshopify.com | MarkMonitor Inc. | CLOUDFLARENET | | PayPal |
| smtbstore.com | eNom, LLC | Google LLC | | |
| solutionmanuals2019.blogspot.com | MarkMonitor Inc. | Google LLC | | |
| solutionsmanual888.wordpress.com | MarkMonitor Inc. | WORDPRESS | | |
| solutiontestbank.com | Hosting Concepts B.V. d/b/a Openprovider | HOSTGATOR | | Square |
| solutiontestbank.net | eNom, LLC | Google LLC | | PayPal |
| student-saver.blogspot.com | MarkMonitor Inc. | Google Llc | Mediafire | PayPal |
| studentpush.com | NameSilo, LLC | Sucuri | | PayPal |
| students-exams.com | NameSilo, LLC | Cloudflare, Inc. | | |
| sweetgrades.com | Internet Domain Service BS Corp | Amazon Technologies Inc. | | Stripe and PayPal |
| tb-book.com | NameCheap, Inc. | ALICLOUD-HK | | PayPal |
| tbmirate.com | NameCheap, Inc. | Namecheap, Inc. | | PayPal |
| test-bank-solution.blogspot.com | MarkMonitor Inc. | Google LLC | | PayPal |
| testbank.cc | NameSilo, LLC | Cloudflare, Inc. | Mega | PayPal |
| testbank.co.com | Namecheap | Namecheap, Inc. | | PayPal |
| testbank.solutions | GoDaddy.com, LLC | Unified Layer | | Stripe |
| testbank101.com | GoDaddy.com, LLC | Shopify, Inc. | | Shopify |
| testbank2020.com | Domainshype.com, LLC | Cloudflare, Inc. | | PayPal |
| testbankair.com | NameSilo, LLC | DigitalOcean, LLC | | PayPal |
| testbankandsolutions.blogspot.com | MarkMonitor Inc. | Google LLC | | PayPal |
| testbankarea.com | Internet Domain Service BS Corp | Sucuri | | PayPal |
| testbankbase.com | NameSilo, LLC | Sucuri | | PayPal |
| testbankbyte.com | Internet Domain Service BS Corp. | Icenetworks Ltd. | | |
| testbankclasses.com | NameSilo, LLC | Cloudflare, Inc. | | Stripe |
| testbankclick.com | NameSilo, LLC | Cloudflare, Inc. | | Clickbank |
| testbankdata.com | Internet Domain Service BS Corp | Sucuri | | PayPal |
| testbankdb.com | NameSilo, LLC | Sucuri | | PayPal |
| testbankdeals.com | UNIREGISTRAR CORP | OVH Hosting, Inc. | | |
| testbankdoc.com | NameSilo, LLC | Cloudflare, Inc. | organizedzip | PayPal |
| testbankfiles.com | Internet Domain Service BS Corp | KnownSRV Ltd. | | PayPal |
| testbankfire.com | NameCheap, Inc. | Cloudflare, Inc. | | PayPal |
| testbankgrade.com | Domainshype.com, LLC | Cloudflare, Inc. | | |
| testbankgroup.com | Danesco Trading Ltd. | OVH Hosting, Inc. | | PayPal |
| testbankhost.com | NameSilo, LLC | Sucuri | | |
| testbankhut.com | NameSilo, LLC | Sucuri | | PayPal |
| testbankinc.com | Internet Domain Service BS Corp | MEDIA PARTNERS SIA | | |
| testbankking.com | NameSilo, LLC | Cloudflare, Inc. | | |
| testbanklab.com | Internet Domain Service BS Corp | Sucuri | | |
| testbanklib.com | NameSilo, LLC | Cloudflare, Inc. | | PayPal |
| testbankmanuals.com | Key-Systems GmbH | Cloudflare, Inc. | | PayPal |
| testbanknsolutions.com | GoDaddy.com, LLC | Google LLC | | |
| testbankpaper.com | NameSilo, LLC | Cloudflare, Inc. | | Stripe |
| testbankpass.com | NameSilo, LLC | Cloudflare, Inc. | | Stripe |

**Seymour Declaration Exhibit 1**

| Infringing Site | Domain Registrar | Domain Host | Cloud Storage Provider | Payment Processor |
|---|---|---|---|---|
| testbankplanet.com | Internet Domain Service BS Corp | Tws Hosting Inc | | |
| testbankquestions.com | NameSilo, LLC | Cloudflare, Inc. | | Stripe |
| testbankreal.com | Internet Domain Service BS Corp | Sucuri | | PayPal |
| testbanks-solutionmanual.com | GoDaddy.com, LLC | Cloudflare, Inc. | MediaFire | PayPal |
| testbanks.net | NameCheap, Inc. | Cloudflare, Inc. | | PayPal |
| testbankshop.net | Danesco Trading Ltd. | OVH Hosting, Inc. | | PayPal |
| testbankslist.wordpress.com | MarkMonitor Inc. | Automattic, Inc | | PayPal |
| testbanksolution01.com | Xin Net Technology Corporation | 90 Set Sail Limited | | PayPal |
| testbanksolutionmanual.com | Internet Domain Service BS Corp. | KnownSRV Ltd. | | |
| testbankster.com | NameCheap, Inc. | Namecheap, Inc. | | PayPal |
| testbankteam.com | UNIREGISTRAR CORP | Cloudflare, Inc. | | |
| testbanktop.com | Internet Domain Service BS Corp | Amarutu Technology Ltd. | | |
| testbanktree.com | Danesco Trading Ltd. | OVH (NWK) | | |
| testbankworld.org | GoDaddy.com, LLC | Wix.com Ltd. | | Stripe |
| testbanky.com | NameSilo, LLC | Sucuri | | Clickbank |
| testmango.com | GoDaddy.com, LLC | Amanah Tech Inc. | | Stripe |
| textbooksolutions.cc | DYNADOT, LLC | Cloudflare Inc. | | Stripe |
| thetestbanksolutions.com | GoDaddy.com, LLC | PUBLIC-DOMAIN-REGISTRY | | PayPal |
| universalstudyguides.com | FastDomain Inc. | Unified Layer | | Stripe |