# SEYMOUR DECLARATION

*Elsevier Inc. et al.*
*v.*
*Does 1-86 d/b/a 7yec.com et al.*

# Exhibit 3



Categories

Free

Anatomy | Biology

Arts

Business

Chemistry

Computer Science

Counseling

Economics

Education

Engineering

English

Food Science

Geography

Health

Mathematics

Nursing

Nutrition

Physics

# Welcome, Please Sign In

**Note:** If you have shopped with us before and left something in your cart, for your convenience, the contents will be merged if you log back in. [More Info]

## Returning Customers: Please Log In

Email Address: *

Password: *

## New? Please Provide Your Billing Information

Create a customer profile with **SolutionTestbank.com** which allows you to shop faster, track the status of your current orders and review your previous orders.

* Required information

### Address Details

First Name: Sophie

Last Name: Davidson

Street Address: 2005 Palmer Avenue

Address Line 2:

City: Larchmont

State/Province: New York *

Login : Buy Test Bank Solution Manual Online, PDF or DOC, Solution... Instant download Test Banks and Solution Manuals & Free Resources    9/22/20, 9:21 PM

Case 1:20-cv-08438-LJL   Document 19-3   Filed 11/02/20   Page 3 of 12

- Psychology
- Social sciences
- Solution Manual
- Statistics
- Test Banks

Important Links

- FAQ
- Delivery & Returns
- About Us

Information

- Privacy Notice
- Conditions of Use
- Contact Us

| | |
|---|---|
| Post/Zip Code: | 10538 |
| Country: | United States * |

### Additional Contact Details

| | |
|---|---|
| Telephone: | 914-332-4343 |

### Were You Referred to Us?

| | |
|---|---|
| How did you hear about us: | Google * |
| (if "Other" please specify): | * |

### Login Details

| | |
|---|---|
| Email Address: | sophdavidson711@gmail.com |
| Password: | ••••••••• |
| Confirm Password: | ••••••••• |

[ ] I'm not a robot

reCAPTCHA
Privacy - Terms

Login : Buy Test Bank Solution Manual Online, PDF or DOC, Solution... Instant download Test Banks and Solution Manuals & Free Resources  9/22/20, 9:21 PM

Case 1:20-cv-08438-LLS Document 19-3 Filed 11/02/20 Page 4 of 12

## Newsletter and Email Details

◉ HTML  ◯ TEXT-Only

Copyright © 2020 SolutionTestbank.com. Powered by SolutionTestbank.com



[help (?)]

# Your Shopping Cart Contents

You may proceed with your purchase by clicking the Checkout button below. Shipping and Taxes and Discounts will be handled on subsequent pages.

**Total Items: 1  Weight: 0lbs  Amount: $34.99**

Solution manual for Essentials of Statistics 6e Triola 9787114687131

- compressed format - ZIP

$34.99

$34.99

Sub-Total: $34.99

Copyright © 2020 SolutionTestbank.com. Powered by SolutionTestbank.com

# Solution manual for Essentials of Statistics 6e Triola 9787114687131



larger image



larger image

$34.99

Please Choose:

**compressed format**   ⦿ ZIP

Add to Cart:   1

**Add to Cart**

Solution manual for **Essentials of Statistics 6e Triola 9787114687131**, includes answers to the end of chapters' questions with step by step details. Instant download.

Copyright © 2020 SolutionTestbank.com. Powered by SolutionTestbank.com

Case 1:20-cv-08438-LLS   Document 19-3   Filed 11/02/20   Page 7 of 12



Sophie Davidson <sophdavidson711@gmail.com>

# Order Confirmation No: 33517

**SolutionTestbank.com** <solutiontsb@gmail.com>  Tue, Sep 22, 2020 at 9:21 PM
Reply-To: "SolutionTestbank.com" <solutiontsb@gmail.com>
To: Sophie Davidson <sophdavidson711@gmail.com>

Order Confirmation from SolutionTestbank.com

Sophie Davidson

Thanks for shopping with us today!
The following are the details of your order.
----------------------------------------------------
Order Number: 33517
Date Ordered: Tuesday 22 September, 2020
Detailed Invoice: https://solutiontestbank.com/index.php?main_page=account_history_info&order_id=33517

Products
----------------------------------------------------
1 x Solution manual for Essentials of Statistics 6e Triola 9787114687131 (9787114687131)  = $34.99
        compressed format ZIP
----------------------------------------------------
Sub-Total: $34.99
Free Shipping: $0.00
Total: $34.99

Billing Address
----------------------------------------------------
Sophie Davidson
2005 Palmer Avenue
Larchmont, NY    10538
United States

Payment Method
----------------------------------------------------

AMERICAN_EXPRESS 1084

-----
This email address was given to us by you or by one of our customers. If you feel that you have received this email in error, please send an email to solutiontsb@gmail.com

-----
Copyright (c) 2020 SolutionTestbank.com. Powered by Zen Cart

This email is sent in accordance with the US CAN-SPAM Law in effect 01/01/2004. Removal requests can be sent to this address and will be honored and respected.

# Thank You! We Appreciate your Business!

**Your Order Number is:** 33517

## Your order is successfully processed!

(The download link is at the bottom of the page but please read the following first! )

Please note the **test bank or solution manual is NOT textbook , nor does it include Textbook.** If you realize a wrong item is purchased, **DO NOT** click the download button, contact us to cancel it. By clicking download link, you agree that you fully understand what you purchase and, due to the nature of eBook, we can't accept return of a downloaded eBook so you waive the right to file a claim for refund.

**If eBook format is "Canvas in Zip" and you don't know what it is or have trouble using it, please visit our FAQ for instructions**.

Thank you for shopping. Please click the Log Off link to ensure that your receipt and purchase information is not visible to the next person using this computer.
You can view your order history by going to the My Account page and by clicking on "View All Orders".
Please direct any questions you have to customer service.

Order Date: Tuesday 22 September, 2020

| Qty. | Products | Total |
|---|---|---|
| 1 ea. | Solution manual for Essentials of Statistics 6e Triola 9787114687131<br>• compressed format - ZIP | $34.99 |

|  |  |
|---|---|
| Sub-Total: | $34.99 |
| Free Shipping: | $0.00 |
| Total: | $34.99 |

**To download your files click the download button and choose "Save to Disk" from the popup menu.**

| Title | File Size | Filename | Link Expires | Remaining | |
|---|---|---|---|---|---|
| Solution manual for Essentials of Statistics 6e Triola 9787114687131 | 2.74 MB | solution/p/Essentials of Statistics 6e Triola 9780134687131/sm.zip | Unlimited | --- *** --- | Download Now |

You can also download your products at a later time at 'My Account'

## Status History & Comments

| Date | Order Status | Comments |
|---|---|---|
| 09/22/2020 | Delivered | |

### Delivery Address

### Shipping Method

Free Shipping

### Billing Address

Sophie Davidson  
2005 Palmer Avenue  
Larchmont, New York 10538  
United States

### Payment Method

### Please notify me of updates to these products

☑ Solution manual for Essentials of Statistics 6e Triola 9787114687131

Thanks for shopping with us online!

Copyright © 2020 SolutionTestbank.com. Powered by SolutionTestbank.com