SEYMOUR DECLARATION

*Elsevier Inc. et al.*
*v.*
*Does 1-86 d/b/a 7yec.com et al.*

# Exhibit 4



# Shop

Home / Non Fiction / Fundamental Accounting Principles (22nd Edition) – Test Bank + Solutions + PPT

Search by Title, Category, Keyword or Author    **FIND BOOK**



## Fundamental Accounting Principles (22nd Edition) – Test Bank + Solutions + PPT

### Product details

- **Authors:** John J Wild, Ken Shaw, Barbara Chiappetta
- **Includes:** test bank, solutions, powerpoint lectures and ISM
- **Formats:** PDF, DOCX, PPT, ZIP
- **Publisher:** McGraw-Hill Education; 22nd edition
- **Publication Date:** October 2, 2014
- **Language:** English
- **ASIN:** B00VK62806
- **ISBN-10:** 0077862279
- **ISBN-13:** 9780077862275

$10.00

**Share and get 10% more discount!**



1   ADD TO CART

SKU: fundamental-accounting-22e-testbank
Categories: Accounting, Non Fiction, Test Bank/Solution Manuals
Tags: 978-0077862275, 9780077862275, Accounts, FAP, Fundamental Accounting Principles, Instructors Guide, ISM, Solution Manual, Solutions, Textbank

## About The Author

### Barbara Chiappetta

**Professor Barbara Chiappetta** (1942-2019) received her BBA in Accountancy and MS in Education from Hofstra University and was an emeritus tenured full professor at Nassau Community College. For many decades, Barbara been an active executive board member of the Teachers of Accounting at Two-Year Colleges (TACTYC), serving 10 years as vice president and as president from 1993 through 1999.

Professor Chiappetta had been inducted into the American Accounting Association Hall of Fame for the Northeast Region. She was also received the Nassau Community College dean of instruction's Faculty Distinguished Achievement Award. She was honored with the State University of New York Chancellor's Award for Teaching Excellence. As a confirmed believer in the benefits of the active learning pedagogy, Barbara has authored Student Learning Tools, an active learning workbook for a 1st-year accounting course.

### John J. Wild

**Dr. John J. Wild** is a distinguished professor of accounting at the University of Wisconsin at Madison. He previously held appointments at Michigan State University and the University of Manchester in England. He received his BBA, MS, and PhD from the University of Wisconsin.

Wild teaches accounting courses to students at both the undergraduate and graduate levels. He has received numerous teaching honors, including the Mabel W. Chipman Excellence-in-Teaching Award and the departmental Excellence-in-Teaching Award, and he is a two-time recipient of the Teaching Excellence Award from business graduates at the University of Wisconsin. He also received the Beta Alpha Psi and Roland F. Salmonson Excellence-in-Teaching Award from Michigan State University. John has received several research honors, is a past KPMG Peat Marwick National Fellow, and is a recipient of fellowships from the American Accounting Association and the Ernst and Young Foundation.

Dr. Wild is an active member of the American Accounting Association and its sections. He has served on several committees of these organizations, including the Wildman Award, Outstanding Accounting Educator Award, National Program Advisory, Publications, and Research Committees. John is author of Managerial Accounting, College Accounting, and Financial Accounting all published by McGraw-Hill Education.

Dr. Wild's research articles on accounting and analysis appear in Journal of Accounting and Economics; The Accounting Review; Journal of Accounting Research; Journal of Accounting, Auditing and Finance; Journal of Accounting and Public Policy; Contemporary Accounting Research; and other journals. Dr. Wild is past associate editor of Contemporary Accounting Research and has served on several editorial boards including The Accounting Review.

### Ken Shaw

**Professor Ken Shaw's** teaching and research interests are in financial accounting and corporate governance. Ken's research has been published in leading academic journals in finance, accounting, and management, including Journal of Accounting Research; The Accounting Review; Journal of Financial and Quantitative Analysis; Contemporary Accounting Research; Journal of the American Taxation Association; Strategic Management Journal; Journal of Accounting, Auditing and Finance; Journal of Financial Research; Review of Quantitative Finance and Accounting; Accounting Horizons; Research in Accounting Regulation; Journal of Business, Finance, and Accounting; Journal of Financial Statement Analysis; Journal of Business Research; and others.

## Description   Reviews (0)

This product only contains the **Fundamental Accounting Principles 22nd edition test bank, solutions, powerpoint lecture files,** and **the instructor resource manual** (ISM) for all chapters. The ebook itself is not included in this (but available separately).

*About The eBook*

Whether the goal is to become a businessman (or woman), an accountant, or a simply an informed consumer of accounting information, **Fundamental Accounting Principles 22nd edition** has helped generations of accounting students succeed. Its leading edge and accurate accounting content, paired with state-of-the-art technology, supports college student learning and elevates the understanding of key accounting principles. Fundamental Accounting Principles also delivers innovative technology to help students perform well. Our system for completing problem material and exercise takes accounting content to the very next level, delivering assessment material in a much more intuitive and less restrictive format that adapts to the needs of today's college students.

P.S The eBook (22nd edition) for this test bank is also available separately. You can also checkout the latest 24th edition. See related products below.

**NOTE: This product only contains the Fundamental Accounting Principles 22e test bank, solutions, powerpoint files, and the instructor resource manual.**

## You may also like...



SALE!
Fundamental Accounting Principles (22nd Edition) – eTextBook
Barbara Chiappetta
~~$20.00~~ $8.00



SALE!
Accounting Principles, 12th Edition – eTextBook
Donald E Kieso
~~$90.00~~ $10.00



SALE!
Financial Accounting (7th Edition) – eBook
Charles T Horngren
~~$180.25~~ $25.00



SALE!
Fundamental Accounting Principles (24th Edition) – eBook
~~$40.00~~ $20.00

## Related products



SALE!
Campbell Biology: Concepts and Connections (9th Edition) – eBook
~~$60.00~~ $12.00



SALE!
The 10X Rule (Ten Times Rule) – Grant Cardone – Audiobook
~~$14.95~~ $5.00



SALE!
Smarter Faster Better: The Secrets of Being Productive in Life and Business
~~$28.00~~ $5.00



SALE!
Rich Dad Poor Dad: What the rich teach their kids – Audiobook
~~$16.99~~ $5.00

© 2020 - CST - College Student Textbooks Pvt Ltd - All Rights Reserved.

CST Live Chat



Digital Textbook for All Subjects.

HOME    PRODUCTS    CHECKOUT    ORDER DELIVERY    CONTACT US

Cart $0.00

Register    Login

Home → Shop → Business → Test Bank Basic Business Statistics: Concepts...



Basic Business Statistics

Concepts and Applications

14TH EDITION

mark BERENSON
david LEVINE
kathryn SZABAT
david STEPHAN



## Test Bank Basic Business Statistics: Concepts and Applications 14th 14E

**$32.99**

Digital Test Bank features:
Read on iOS, Android, PC, Mac and Kindle.
Instant download. Check sample below:
Download Sample

1    ADD TO CART

### Search

Search for products ...

### Product Categories

- Accounting (550)
- Art (114)
- Auditing (57)
- Biology (289)
- Business (513)
- Chemistry (247)
- Economics (624)
  - Macroeconomics (139)
  - Microeconomics (160)
- Education (11)
- Engineering (171)
- Finance (359)
- Health (293)
- IT (365)
- Law (304)
- Management (890)
- Marketing (296)
- Mathematics (353)
- Medical (224)
- Physics (181)
- Politics (371)
- Psychology (390)
- Science (620)
  - Biology (10)
  - Chemistry (14)
- Sociology (1057)
- Solution Manual (1116)
- Statistics (243)
- Taxation (59)
- Technology (120)
- Test Bank (1366)
- Uncategorized (0)

| Description | Reviews (0) |

### Description

| | |
|---|---|
| Title: | Test Bank Basic Business Statistics: Concepts and Applications |
| Author(s): | Mark L. Berenson; David M. Levine; Kathryn A. Szabat; David F. Stephan |
| Edition: | 14 |
| Year: | 2019 |
| ISBN-13: | 9780134684840 (978-0-13-468484-0) |
| ISBN-10: | 0134684842 (0-13-468484-2) |

## Related products



**RESEARCH METHODS FOR BUSINESS : A SKILL BUILDING APPROACH 7TH 7E**
$19.99
ADD TO CART



**BUSINESS DRIVEN INFORMATION SYSTEMS 5TH 5E**
$19.99
ADD TO CART

### Recently Viewed



Solution Manual Physics 5th 5E James Walker
$24.99

### Store

Products

My Account

Checkout

### Infomation

Refund Policy

Privacy Policy

Terms & Conditions

### Service

Order Delivery

FAQS

Contact Us



"Thank you for all your help and assistance over the years! I would have no hesitation in recommending you to my friends."

Jane

DIGtext© 2020 All rights reserved

RHYIBLE

Home     Contact Us     Shipping policy





# Test Bank for Organizational Behavior: Managing People and Organizations 13th Edition

$24.99

ADD TO CART



More payment options

## DESCRIPTION

**ISBN**: *978-0357042502*

**Type**: *Test Bank*

This is a digital products (PDF/Epub)
NO ONLINE ACCESS CARD/CODE INCLUDED. NO PHYSICAL PAPER BOOK
After you make payment, you will received a download link to your email
Please check carefully the ISBN, title and other book information before purchased to make sure it is the right book
**ABOUT THE PRODUCT**

- No deadline once you receive your PDF downloadable PDF through your email, you can keep it forever and there is no deadline for using it
- Interactive Features Easily highlight text, take and share notes, search keywords, print pages, and more. Some titles have flashcards, definition look-up, and text-to-speech too.
- Your Device, Your Way Access online textbooks from your laptop, tablet, or mobile phone. Mac vs PC? You're covered.
- Go Online or Off No WiFi, no worries. You can read your digital textbooks PDFs without an internet connection
- Eco-Friendly & Cost Effective You can share the PDFs with your friends as you want
- PDFs, Solution Manuals and Test Banks are digital files. Once they are sent to your email, there is no refund will be offered
- Cant find the book you want? Let me know and I will get the book for you
- For more info, please contact us

SHARE     TWEET     PIN IT

Quick links

Search
Return & Refund policy
Privacy policy
Shipping policy
Terms of service

Talk about your business

Share store details, promotions, or brand content with your customers.

Newsletter

Email address                SUBSCRIBE

© 2020, rhyible Powered by Shopify



# TEST BANK TANK

HOME    SHOP    BROWSE SUBJECTS    FAQS    REQUEST TEST BANK    CONTACT US

Search for products    🔍

< ⊞ >



## Understanding Pathophysiology 6th Edition Huether McCance Test Bank

**$19.95**

**Print ISBN:** 9780323354097, 0323354092
**eText ISBN:** 9780323354097, 9780323370486, 0323370489
**Authors:** Sue E. Huether, RN, PhD and Kathryn L. McCance, RN, PhD
**Edition:** 6th Edition
**Pages:** 1184
**Copyright year:** 2016
**Publisher:** Mosby

**Understanding Pathophysiology 6th Edition** by Sue Huether, Kathryn McCance and Publisher Mosby. Save up to 80% by choosing the eTextbook option for ISBN: 9780323354097, 9780323370486, 0323370489.

**Note:** Instant access, this product may take a few minutes to download.

− 1 +    **ADD TO CART**

**ISBN:** N/A

**Category:** Pathophysiology

**Tags:** medical, pathophysiology

**Follow:** f 🐦 📷 ▶ 📌

---

**TABLE OF CONTENTS** ⌃

Master the important pathophysiology concepts you need to know with the most engaging and reader-friendly text available. Filled with vibrant illustrations and complemented by online resources that bring pathophysiology concepts to life, **Understanding Pathophysiology, 6th Edition** continues its tradition of delivering the most accurate information on treatments, manifestations, and mechanisms of disease across the lifespan, giving you the fundamental knowledge needed to move forward in your nursing education and career. New additions include a new chapter on epigenetics, new content on rare diseases, a separate chapter for male and female reproductive alterations, streamlined features, simplified language, and fully updated information throughout.

**Understanding Pathophysiology, 6th Edition** test bank solutions are available for instant download.

Need more help with **Understanding Pathophysiology, 6th Edition**? We have you covered, contact us with any questions you have now.

---

**REVIEWS (0)** ⌄

---

## RELATED PRODUCTS



Robbins Basic Pathology 10th Edition Kymar Abbas Test Bank
10th Edition
$24.95



Robbins and Cotran Pathologic Basis of Disease 9th Edition Test Bank
9th Edition
$19.95



Porth Pathophysiology Concepts of Altered Health States 2nd Canadian Edition Test Bank
2nd Edition
$24.95



Porth's Pathophysiology Concepts of Altered Health 10th Edition Test Bank
10th Edition
$19.95

● ○

---

© 2019 Nursing Test Bank Tank | All Rights Reserved | Designed by XTOLIA