## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ELSEVIER INC., BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC d/b/a MACMILLAN
LEARNING, CENGAGE LEARNING, INC.,
MCGRAW HILL LLC, and PEARSON EDUCATION,
INC.,

**Civil Action No. 20-cv-8438-LLS**

Plaintiffs,

v.

DOES 1 - 86 d/b/a 7YEC.COM,
ALIBABADOWNLOAD.COM,
APLUSTBSM.BLOGSPOT.COM, BOOSTGRADE.INFO,
BUDDIEZ4U.MYSHOPIFY.COM, BUY-SOLUTIONS-
MANUAL.COM, BUYTESTBANKONLINE.COM,
CANADIANTESTBANKSOLUTIONS.BLOGSPOT.COM,
COLLEGESTUDENTTEXTBOOK.ORG,
CYBERTESTBANK.COM, DIGITALTESTBANKS.COM,
DIGTEXT.COM, EBOOKAS.COM,
EBOOKENTRY.COM, ETESTBANKS.COM,
FINDTESTBANKS.COM, HOMETESTBANKS.COM,
HWPREMIUM.COM, INSTRUCTORACCESS.COM,
MAXIZZY.MYSHOPIFY.COM,
NURSINGSTUDENTSHELP.COM, NURSINGTB.COM,
NURSINGTESTBANK.INFO,
NURSINGTESTBANK0.INFO,
NURSINGTESTBANKS.CO,
NURSINGTESTBANKTANK.COM,
REALNURSINGTESTBANK.COM,
RHYIBLE.MYSHOPIFY.COM,
SOLUTIONSMANUAL888.WORDPRESS.COM,
SOLUTIONTESTBANK.COM,
SOLUTIONTESTBANK.NET, STUDENT-
SAVER.BLOGSPOT.COM, STUDENTPUSH.COM,
STUDENTS-EXAMS.COM, SWEETGRADES.COM, TB-
BOOK.COM, TBMIRATE.COM, TEST-BANK-
SOLUTION.BLOGSPOT.COM, TESTBANK.CC,
TESTBANK.CO.COM, TESTBANK.SOLUTIONS,
TESTBANK101.COM, TESTBANK2020.COM,
TESTBANKAIR.COM,
TESTBANKANDSOLUTIONS.BLOGSPOT.COM,
TESTBANKAREA.COM, TESTBANKBASE.COM,
TESTBANKBYTE.COM, TESTBANKCLASSES.COM,

TESTBANKCLICK.COM, TESTBANKDATA.COM,
TESTBANKDB.COM, TESTBANKDEALS.COM,
TESTBANKDOC.COM, TESTBANKFILES.COM,
TESTBANKFIRE.COM, TESTBANKGRADE.COM,
TESTBANKGROUP.COM, TESTBANKHOST.COM,
TESTBANKHUT.COM, TESTBANKINC.COM,
TESTBANKKING.COM, TESTBANKLAB.COM,
TESTBANKLIB.COM, TESTBANKMANUALS.COM,
TESTBANKNSOLUTIONS.COM,
TESTBANKPAPER.COM, TESTBANKPASS.COM,
TESTBANKPLANET.COM,
TESTBANKQUESTIONS.COM,
TESTBANKREAL.COM, TESTBANKS-
SOLUTIONMANUAL.COM, TESTBANKS.NET,
TESTBANKSHOP.NET,
TESTBANKSLIST.WORDPRESS.COM,
TESTBANKSOLUTION01.COM,
TESTBANKSOLUTIONMANUAL.COM,
TESTBANKSTER.COM, TESTBANKTEAM.COM,
TESTBANKTOP.COM, TESTBANKTREE.COM,
TESTBANKWORLD.ORG, TESTBANKY.COM,
TESTMANGO.COM, TEXTBOOKSOLUTIONS.CC, and
UNIVERSALSTUDYGUIDES.COM,

Defendants.

## [PROPOSED] AMENDED PRELIMINARY INJUNCTION                                   LLS

Plaintiffs Elsevier Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a

Macmillan Learning, Cengage Learning, Inc., McGraw Hill LLC, and Pearson Education, Inc.

(collectively, "Plaintiffs") have moved against Defendants Does 1 – 86 (collectively,

"Defendants")[1]  doing  business  as,  respectively,  7yec.com,  alibabadownload.com,

aplustbsm.blogspot.com, boostgrade.info, buddiez4u.myshopify.com, buy-solutions-manual.com,

buytestbankonline.com,  canadiantestbanksolutions.blogspot.com,  collegestudenttextbook.org,

---

[1] In the same motion in which they moved for the entry of this Amended Preliminary Injunction, Plaintiffs sought leave to file an Amended Complaint. In the proposed Amended Complaint, Plaintiffs name all but two of the Doe Defendants, such that the names and aliases referred to therein (which are also included in Appendix A hereto) should also be referred to in considering who is a "Defendant" subject to this Order.

cybertestbank.com, digitaltestbanks.com, digtext.com, ebookas.com, ebookentry.com, etestbanks.com, findtestbanks.com, hometestbanks.com, hwpremium.com, instructoraccess.com, maxizzy.myshopify.com, nursingstudentshelp.com, nursingtb.com, nursingtestbank.info, nursingtestbank0.info, nursingtestbanks.co, nursingtestbanktank.com, realnursingtestbank.com, rhyible.myshopify.com, solutionsmanual888.wordpress.com, solutiontestbank.com, solutiontestbank.net, student-saver.blogspot.com, studentpush.com, students-exams.com, sweetgrades.com, tb-book.com, tbmirate.com, test-bank-solution.blogspot.com, testbank.cc, testbank.co.com, testbank.solutions, testbank101.com, testbank2020.com, testbankair.com, testbankandsolutions.blogspot.com, testbankarea.com, testbankbase.com, testbankbyte.com, testbankclasses.com, testbankclick.com, testbankdata.com, testbankdb.com, testbankdeals.com, testbankdoc.com, testbankfiles.com, testbankfire.com, testbankgrade.com, testbankgroup.com, testbankhost.com, testbankhut.com, testbankinc.com, testbankking.com, testbanklab.com, testbanklib.com, testbankmanuals.com, testbanknsolutions.com, testbankpaper.com, testbankpass.com, testbankplanet.com, testbankquestions.com, testbankreal.com, testbanks-solutionmanual.com, testbanks.net, testbankshop.net, testbankslist.wordpress.com, testbanksolution01.com, testbanksolutionmanual.com, testbankster.com, testbankteam.com, testbanktop.com, testbanktree.com, testbankworld.org, testbanky.com, testmango.com, textbooksolutions.cc, and universalstudyguides.com, and those additional, associated websites identified on **Appendix A** (collectively, the "Infringing Sites"), and under the names, aliases, and email addresses identified on **Appendix A** hereto (collectively, "Defendants"), for an amended preliminary injunction pursuant to Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116), and N.Y. C.P.L.R. § 6201. Plaintiffs proceed on the basis that Defendants are reproducing, distributing, and/or selling unauthorized

3

electronic copies of Plaintiffs' copyrighted test banks, instructor solutions manuals ("ISMs"), and/or textbooks and using unauthorized, identical (or substantially indistinguishable) copies of Plaintiffs' federally registered trademarks in connection with the sale, advertisement, and/or offering for sale of such infringing materials, as set forth in Plaintiffs' Complaint.

The Court, having reviewed the Complaint, the proposed Amended Complaint, Plaintiffs' Memorandum of Law in support of this Amended Preliminary Injunction, the supporting Declaration, and the entire record herein, and having held a hearing on the Order to Show Cause pursuant to which the Court granted Plaintiffs' original request for a Preliminary Injunction on November 2, 2020 (ECF No. 10) ("Original Preliminary Injunction"), makes the following findings of fact and conclusions of law:

1.   Plaintiffs have served Defendants with the Complaint and Exhibits A-C thereto, the Court's October 9, 2020 *Ex Parte* Order ("*Ex Parte* Order"), and the Original Preliminary Injunction. *See* Decl. of Service, ECF No. 25.

2.   The Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants have sold unauthorized, electronic copies of Plaintiffs' test banks, ISMs, and/or textbooks through highly interactive websites that are continuously accessible to New York consumers; have sold such test banks, ISMs, and/or textbooks into New York; and/or have injured Plaintiffs in New York by their infringing conduct and reasonably should have expected that Plaintiffs would suffer such injury.

3.   Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe Plaintiffs' federally registered copyrights in connection with Defendants' reproduction, distribution, and/or sale of unauthorized, electronic

4

copies of Plaintiffs' test banks, ISMs, and/or textbooks. Plaintiffs are also likely to succeed in showing that the Defendants against whom they have asserted trademark infringement claims in the Complaint have infringed and are continuing to infringe Plaintiffs' federally registered trademarks in connection with Defendants' distribution, sale, offering for sale, and/or advertising of unauthorized, electronic copies of Plaintiffs' test banks, ISMs, and/or textbooks.

4.     The reproduction, distribution, and/or sale of the infringing test banks, ISMs, and/or textbooks, and the unauthorized use of Plaintiffs' trademarks in connection therewith, will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5.     The balance of potential harm to Defendants, if any, by being prevented from continuing to profit from their illegal and infringing activities if the Amended Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with Plaintiffs' copyrights and trademarks if the Amended Preliminary Injunction is not issued.

6.     Public interest favors issuance of the Amended Preliminary Injunction in order to protect Plaintiffs' interest in and to their respective copyrights and trademarks and to protect the public from the harm caused by Defendants' infringing sales, which not only infringe upon Plaintiffs' intellectual property, but encourage and facilitate cheating by students and undermine the educational process in the United States.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. §

5

1116), N.Y. C.P.L.R. §§ 6201 *et al.*, and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief that:

1.      Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this preliminary injunction are enjoined from:

> a)      Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Copyrighted Works"), i.e., any copyrighted work published under any of the imprints identified on Exhibit C to the Complaint and Exhibit D to the Amended Complaint (attached hereto as **Appendix B**) (the "Imprints");
>
> b)      Directly or indirectly infringing any trademark that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Marks"), including such trademarks associated with the Imprints;
>
> c)      Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Copyrighted Works without Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;
>
> d)      Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise using in commerce, Plaintiffs' Marks without Plaintiffs' express written

6

permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities.

e)   Using, hosting, operating, maintaining, creating, providing, or registering any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, payment processing service, or other service of a similar manner to support the Infringing Sites or otherwise enable, facilitate, permit, assist, solicit, encourage, or induce Defendants' infringement of Plaintiffs' Copyrighted Works or Plaintiffs' Marks;

f)   Transferring ownership or control of the websites, domain names, or accounts associated with Defendants' Infringing Sites; and

g)   Displaying the Infringing Sites in online search results and/or listing links to the Infringing Sites in any search index.

2.   Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Amended Preliminary Injunction and service providers to Defendants or other third parties who receive actual notice of this Amended Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with Defendants' Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works ("Defendants' Accounts"), must immediately locate all Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other

7

assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of. Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services ("Payment Processors"), such as PayPal, Stripe, Square, Shopify, and WooCommerce; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on **Appendix C**.

IT IS FURTHER ORDERED that Defendants shall preserve copies of all computer files relating to the use of any of the Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works and shall take all steps necessary to retrieve computer files relating to the use of the Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works that may have been deleted before the entry of this Order.

IT IS FURTHER ORDERED that the Court's Expedited Discovery Order contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

IT IS FURTHER ORDERED that this Amended Preliminary Injunction replaces and supersedes the Preliminary Injunction issued on November 2, 2020 (ECF No. 10) and shall remain in effect until further order of the Court.

It is SO ORDERED this 24th day of Sept 2021.

_____Louis L. Stanton_____
LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

8

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 9 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 9 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 1 | Fahed Quttainah | Fahed Qutainah | 164915578@qq.com | 7yec.com |
| Group 1 | | Quttainah Ali Khalil Fahed | 2643230688@qq.com | accountingprinciplessolutionmanual.com |
| Group 1 | | Fahed Quttaineh | 272529872@qq.com | accountingprinciplessolutions.com |
| Group 1 | | Fahed Qutt | accountingtestbanks.com@domainsbyproxy.com | accountingsolutionmanual.com |
| Group 1 | | Husam Alzyoud | admin@testbankclick.com | accountingtestbanks.com |
| Group 1 | Mansour Mansour | Fahed Qutt | ahmed@dawraty.com | advancedaccountingsolutionmanual.com |
| Group 1 | | TestBanks Hut | college.cdn@gmail.com | advancedaccountingtestbank.com |
| Group 1 | | Samer Rahahleh | doalshaf@gmail.com | anytestbank.com |
| Group 1 | | Esraa Alyaqin | esraa.alyaqin@gmail.com | booksforumco.com |
| Group 1 | Ahmed Nassar | Bahaa Hamdan | fahed.quttaineh@gmail.com | chaptersolutions.com |
| Group 1 | | Bahaa Salah Abdelmouti Hamdan | fahedq@icloud.com | cheaptestbank.com |
| Group 1 | | A Nassar | gradesone2020@gmail.com | corporatefinancesolutionmanual.com |
| Group 1 | | Amr Alazaly | help.tbsm@gmail.com | corporatefinancetestbank.com |
| Group 1 | Dana Omar Alshafeai | Dana Omar | huttb85@gmail.com | costaccountingsolution.com |
| Group 1 | | Fahed Q | ifahed@hotmail.com | costaccountingsolutionmanual.com |
| Group 1 | | Mohammad Qudah | info@goelitedomains.com | downloadsolutionmanual.com |
| Group 1 | Mahmoud Mahmoud | Shareef Samie | instructoraccess24@gmail.com | en.gravatar.com/272529872qqcom |
| Group 1 | | Zafer Mesad | layla365@163.com | en.gravatar.com/7yec |
| Group 1 | | Rania Deen | magesticgrades@gmail.com | en.gravatar.com/tbtbclick |
| Group 1 | | Mahroos Rayat | mahmoud.s.99999@gmail.com | engineeringmechanicssolutions.com |
| Group 1 | | Nawras Lafi | mail@testbanks.net | financialaccountingtestbank.com |
| Group 1 | | Ahmed Hasan | mansour.m83m@gmail.com | financialmanagementtestbank.com |
| Group 1 | | Mahmoud Salem | mr.bahaa.hamdan@gmail.com | highgrades.net |
| Group 1 | | Elite Domains | nursetb2020@gmail.com | horngrensolution.com |
| Group 1 | | Mohammad Alquda | nursingtb cs@gmail.com | horngrensolutions.com |
| Group 1 | Ahmed Zuregat | Ahmed Zuregat for eMarketing | pw-cb69c0ec34850d4158d15d5c0fb46141@privacyguardian.org | iheartfitxo.com |
| Group 1 | 志明 杨 (translated Zhiming Yang) | Haozhen Zhou | Qudah1985@gmail.com | instructoraccess.com |
| Group 1 | | Zhi Ming Yang | ranooshdal@gmail.com | intermediateaccounting14thsolutions.com |
| Group 1 | | Zhiminng Yang | ravsbills@gmail.com | intermediateaccounting15thsolutions.com |
| Group 1 | | Yang Ming | realhighered@gmail.com | intermediateaccountingsolution.com |
| Group 1 | | Yang Zhiming | sales@datasooq.com | intermediateaccountingsolutionmanual.com |
| Group 1 | | Chen Jing Hong | sales@instructoraccess.com | intermediateaccountingsolutions.com |
| Group 1 | | Xueying Gong | sales@testbank102.com | kiesosolution.com |
| Group 1 | | 7YEC | sales@testbankcollege.com | managementtestbank.com |
| Group 1 | | Academic Compass Ltd. | sales@testbankking.com | managerialaccountingsolution.com |
| Group 1 | | Bahaa | shaftsmk@outlook.com | mankiwsolutions.com |
| Group 1 | | Books Forum For Electronic Commerce | sk123@7yec.com | mycollegevault.com |
| Group 1 | | CoxEB | soaringjordanmountains@gmail.com | nursingtb.com |
| Group 1 | | Doshafi | studentpush2020@gmail.com | pdfsolutionmanual.com |
| Group 1 | | EduBook | support@7yec.com | physicssolutionmanual.com |
| Group 1 | | Elite Domains LLC | support@studentpush.com | shopslm.myshopify.com |
| Group 1 | | Emit Knowledge BLS API | support@testbankbase.com | smtb-manuals.com |
| Group 1 | | FAH | support@testbankhut.com | solutionmanual.college |
| Group 1 | | FAHBUSINESS | support@testbankstore.com | solutionmanualfor.com |
| Group 1 | | Fullaccess Inc | tbhost2020@gmail.com | solutions-manual.com |
| Group 1 | | Higher Grades LTD | tbsales2020@gmail.com | solutionsmanualpdf.com |
| Group 1 | | MATINYANG | tbsmbase@gmail.com | studentpush.com |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 10 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 10 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 1 | | My Business | testbankhost@gmail.com | super-grades.com |
| Group 1 | | Nursing TB | testbankquestions.com@domainsbyproxy.com | taxationtestbank.com |
| Group 1 | | Real Higher Education Inc | testbanks.net@domainsbyproxy.com | test-bank.net |
| Group 1 | | SM Tower Inc. | y1115046412@gmail.com | test-banks.com |
| Group 1 | | Soaring Mountains Inc | y272529872@gmail.com | testandsolutions.com |
| Group 1 | | Student Push | zaferovme@gmail.com | testbank-shop.com |
| Group 1 | | STUDENT102 | | testbank.college |
| Group 1 | | Super Grades Ltd | | testbank.io |
| Group 1 | | TB Host | | testbank.tech |
| Group 1 | | Test Bank and Solutions | | testbank102.com |
| Group 1 | | Test Bank Oasis | | testbank24.com |
| Group 1 | | Test Banks | | testbankandsolutions.com |
| Group 1 | | Testbank Solutionmanual | | testbankbase.com |
| Group 1 | | Testbankhost | | testbankclick.com |
| Group 1 | | Testbankshut | | testbankdb.com |
| Group 1 | | Testbanksolutions Support | | testbanked.com |
| Group 1 | | Youngvibes | | testbanker.com |
| Group 1 | | 茂名市电白区臻爱成人用品网店 | | testbankfinder.com |
| Group 1 | | | | testbankfor.com |
| Group 1 | | | | testbankforum.com |
| Group 1 | | | | testbankforum.net |
| Group 1 | | | | testbankhost.com |
| Group 1 | | | | testbankhut.com |
| Group 1 | | | | testbankking.com |
| Group 1 | | | | testbankonly.com |
| Group 1 | | | | testbanks.biz |
| Group 1 | | | | testbanks.net |
| Group 1 | | | | testbankshop.com |
| Group 1 | | | | testbanksshop.com |
| Group 1 | | | | testbanky.com |
| Group 1 | | | | testget.com |
| Group 1 | | | | testget.net |
| Group 1 | | | | textbook365.org |
| Group 1 | | | | webtestbank.com |
| Group 1 | | | | xd-solutions.com |
| Group 2 | Patrick Smith | Patrick Andre Smith | BPPV4ZE6C0QSX@unit-token.squareup.com | testbankclasses.com |
| Group 2 | | Marketeerz | Gnogae@mail.com | testbankpaper.com |
| Group 2 | Mike Wallace | | ikushiewi@outlook.com | testbankpass.com |
| Group 2 | | Learners Plus | mikey87@protonmail.com | testbankquestions.com |
| Group 2 | | | | learnersplus.com |
| Group 2 | | | | marketeerz.com |
| Group 3 | Aymen Yaseen | Tom Bazrak | aiman_hujazi@hotmail.com | testbank.solutions |
| Group 3 | | Andy Dean | aimanggl@gmail.com | testbankdeals.com |
| Group 3 | | Aymen Salim Yaseen | contact@testbank.solutions | testbankteam.com |
| Group 3 | | A Y | dothikimthanh1988@gmail.com | crazyemail.com |
| Group 3 | Duong Hoang Thi Thuy | Thanh Do | gravelygrade@gmail.com | cungvaobep.com |
| Group 3 | | Do Thanh Thi Kim | solutionsmanual01@gmail.com | nursingtestbank.ca |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 11 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 11 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 3 | Huong Thi Thu Dinh | Gam Nguyen | testbank.solutions@domainsbyproxy.com | quabongxanh.com |
| Group 3 | | Anh Ngo | thetbnetwork.com@domainsbyproxy.com | testbankoasis.com |
| Group 3 | | CoxEB | support@testbankdeals.com | thetbnetwork.com |
| Group 3 | | EduBook | | |
| Group 3 | | SM Marketers | | |
| Group 3 | | TB Solutions | | |
| Group 3 | | Test Bank Oasis | | |
| Group 3 | | Test Bank Solutions | | |
| Group 3 | | TestbankTeam | | |
| Group 4 | Thinh Van Can | Anthonys Denton | admin@domainregistriesfoundation.com | alibabadownload.com |
| Group 4 | | Valentine Rogers | chisthieu@hotmail.com | ebookentry.com |
| Group 4 | Manh Cuong Can | Domain Admin | dentonanthony1991@gmail.com | testbankarea.com |
| Group 4 | Quynh Thi Nguyen | Bay Nguyen | DentonAnthony1991@testbanklive.com | testbankreal.com |
| Group 4 | | Domain Registries Foundation | domadmin@wqrmholdings.com | |
| Group 4 | | NNM Service | downloadablesolutions@hotmail.com | |
| Group 4 | | QNT Services | info@alibabadownload.com | |
| Group 4 | | Student Help | maint1607@gmail.com | |
| Group 4 | | TTHT | moxi9plus@hotmail.com | |
| Group 4 | | | phaletim56@gmail.com | |
| Group 4 | | | RogersValentine1996@gmail.com | |
| Group 4 | | | RogersValentine1996@testbanklive.com | |
| Group 4 | | | support@alibabadownload.com | |
| Group 4 | | | support@ebookentry.com | |
| Group 4 | | | support@testbankarea.com | |
| Group 4 | | | Support@TestBankReal.com | |
| Group 4 | | | testbankarea@gmail.com | |
| Group 5 | Hoa My Hoang | Mi Cra | crakigomille@gmail.com | cybertestbank.com |
| Group 5 | Cao Thi Ngoc Diep | Doan Dat | crakigomille@tbmail.win | testbankshop.net |
| Group 5 | | CyberTB | google@testbankshop.net | itestbank.com |
| Group 5 | | Solution Exam | hoangmyhoa91@gmail.com | |
| Group 5 | | testbankshop | KataeBuro@gmail.com | |
| Group 5 | | | albamuting@gmail.com | |
| Group 5 | | | itestbank.com@gmail.com | |
| Group 5 | | | Support@cybertestbank.com | |
| Group 6 | Eisa Almasry | Saleh Hasan | eisa.almasry90@gmail.com | buy-testbanks.com |
| Group 6 | | Mahmoud Madhoun | eisamasry922@gmail.com | student-saver.blogspot.com |
| Group 6 | | Mohamed Albreem | genral_pal@live.com | testbanks-solutionmanual.com |
| Group 6 | | Mohammed Albreem | hellen20002011@gmail.com | en.gravatar.com/studentsaverteam |
| Group 6 | | Shouqy Albreem | ibrahimzendah88@barid.com | en.gravatar.com/testbanksandsolutionmanual |
| Group 6 | | Yair Yossefi | marc.m2012@gmail.com | studentsaverteam.wordpress.com |
| Group 6 | | Studnett Saverr | naemeali@hotmail.com | test-bank-solution.com |
| Group 6 | Zoher Tahami | | projessa@hotmail.com | testbankssolutionmanual2019.wordpress.com |
| Group 6 | | Mhm MMD | projmohm@hotmail.com | |
| Group 6 | | Student Saver Team | projnaeme@hotmail.com | |
| Group 6 | | Mobile Xe | projprojt@hotmail.com | |
| Group 6 | | Security Solution | projzoh@hotmail.com | |
| Group 6 | | Shatha Zendah | salehalshawa89@gmail.com | |

Case 1:20-cv-08438-LLS Document 73 Filed 09/24/21 Page 12 of 21
Case 1:20-cv-08438-LLS Document 66-6 Filed 07/23/21 Page 12 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 6 | | student-saver | shou.alreem@gmail.com | |
| Group 6 | | student.p24 | student-saver@hotmail.com | |
| Group 6 | | Test Banks Solutions | student.p24@hotmail.com | |
| Group 6 | | | yairyo@yars.net | |
| Group 6 | | | zoher.2.2002@hotmail.com | |
| Group 7 | Hoang Mai | | betterbook@mailboxcenter.online | digitaltestbanks.com |
| Group 7 | Tung Vu Dang | Dong Nai | bigbluesolutions@hotmail.com | findtestbanks.com |
| Group 7 | | Evan Kim | bookpro@ymailsrv.online | hometestbanks.com |
| Group 7 | Chanh Bui Xuan | Long Dong | digitalcontentmarket@gmail.com | testbankair.com |
| Group 7 | Huy Quan Vu | Trang Bui Thi | getbooksolutions@gmail.com | testbankfire.com |
| Group 7 | | Tung Vu Dang | i4urco0kies@gmail.com | testbanklib.com |
| Group 7 | | Vu Dang Tung | info@testbankair.com | cloudtestbanks.com |
| Group 7 | | Vu Thi Tu | info@testbankfire.com | nursingtestbankdownload.com |
| Group 7 | | Tung Vu | info@testbanklib.com | testbankservice.com |
| Group 7 | | Dang Tung Vu | luckyboy6789vn@gmail.com | testbankstudy.com |
| Group 7 | | Linh Vu Dang | panda28031991@gmail.com | testbankview.com |
| Group 7 | | vudangtung91 | paygate@findtestbanks.com | |
| Group 7 | | Nguyen Huu Vinh | smtb4students@gmail.com | |
| Group 7 | | Nguyen Minh Quang | solutionstore@smtbfiles.com | |
| Group 7 | | Long Ki | supervinhome@gmail.com | |
| Group 7 | | Hoang Mai | support@digitaltestbanks.com | |
| Group 7 | | Huu Khanh Nguyen | support@findtestbanks.com | |
| Group 7 | Long Thanh Nguyen | Vinh Huu Nguyen | support@testbankfire.com | |
| Group 7 | | Trong Khiem Do | testbank_aid@aol.com | |
| Group 7 | | Vina Team | testbank101@pgsmo.com | |
| Group 7 | | Blue FLC | testbankanswerkey@gmail.com | |
| Group 7 | | Digital Market | tunghdt91@gmail.com | |
| Group 7 | | education101 | vinawebteam888@gmail.com | |
| Group 7 | | FireTB | vudangtung91@gmail.com | |
| Group 7 | | FLC Group Ltd | | |
| Group 7 | | HomeEdu | | |
| Group 7 | | SmCentre | | |
| Group 7 | | SMTB19 | | |
| Group 7 | | Test Bank Air | | |
| Group 7 | | testbankanswer key | | |
| Group 7 | | tutorhelp | | |
| Group 7 | | VinNix | | |
| Group 8 | Magdiel Garcia | Wis INC | altuveross@mail.com | testbank101.com |
| Group 8 | | Internet Consulting Services Inc. | andyex2@yahoo.com | testbankworld.org |
| Group 8 | | Chris Law | angelco725@gmail.com | universalstudyguides.com |
| Group 8 | | Leidgam Holding LLC | carmen19red@gmail.com | ebookforless.info |
| Group 8 | | Jeffrey Hourigan | chrislaw9717@gmail.com | en.gravatar.com/henry716 |
| Group 8 | | Zach | chrislaw9719@gmail.com | en.gravatar.com/koskos31 |
| Group 8 | | Amael | domainerwhois@hotmail.com | en.gravatar.com/magheninc |
| Group 8 | | Shawn Raynor | ebookforless.info@domainsbyproxy.com | gifts4herblog.wordpress.com |
| Group 8 | | Uni Designs LLC | glendawong@ymail.com | nursinghesiexam.com |
| Group 8 | Henry Gonzalez Herrera | Glenda Wong | hansletter@mail.com | nursingstudyguides.myshopify.com |

Case 1:20-cv-08438-LLS  Document 73  Filed 09/24/21  Page 13 of 21
Case 1:20-cv-08438-LLS  Document 66-6  Filed 07/23/21  Page 13 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 8 | | Henry Gonzalez | henryg716@yahoo.com | nursingtestbankstore.co |
| Group 8 | | Angel Correa | henrygh070@gmail.com | nursingtestbankstore.com |
| Group 8 | | Yrneh Holding LLC | henryh716@yahoo.com | nursingtestbankstore.info |
| Group 8 | Yunaysis Martin Mata | Uni Designs LLC | hugolatax@gmail.com | nursingtestbankstore.org |
| Group 8 | | I S | ker0tan@live.com | nursingtestbankstores.com |
| Group 8 | | Bluegrass Custom Tackle LLC | m.garcia@quotenet.net | nursingtestbankworld.co |
| Group 8 | | Maghen Inc. | magdiel@legacygre.com | nursingtestbankworld.org |
| Group 8 | | SP * Testbankfy | newbynature1@gmail.com | studenthelp247.com |
| Group 8 | | SP * TESTBANK WORLD | testbank101.com@domainsbyproxy.com | testbanknursing.org |
| Group 8 | | SP * UNIVERSAL STUDY G | testbankworld.com@domainsbyproxy.com | testbankworld.co |
| Group 8 | | TestBankWorld | universalstudyguide.com@domainsbyproxy.com | testbankworld.com |
| Group 8 | | You-bfw6 | universalstudyguides@gmail.com | universal-study-guides.myshopify.com |
| Group 8 | | | you@example.com | universalstudyguide.com |
| Group 8 | | | | universaltestbank.com |
| Group 9 | Javaria Malik | Muhammad Adnan Malik | alexisharbor09@gmail.com | hwpremium.com |
| Group 9 | | Soul Soothing | ameliorator@hotmail.com | tbmirate.com |
| Group 9 | | Syed Hasnain Raza | arslan.nazar23@gmail.com | en.gravatar.com/hwpremium |
| Group 9 | Nouman Malik | Arslan Nazar | arslan.nazar23@hotmail.com | en.gravatar.com/hwpremium90 |
| Group 9 | | Jamshaid Nazar | hussainy81@gmail.com | en.gravatar.com/staequiz |
| Group 9 | | Nomii 6365 | hwpremium90@gmail.com | en.gravatar.com/tbmirate |
| Group 9 | Farah Maqsood | Quizsol | nouman6365@gmail.com | exambanks.com |
| Group 9 | | Aqau | premium1947@gmail.com | examswipe.com |
| Group 9 | | Hw premium | quizsol99@gmail.com | questions123.com |
| Group 9 | | Tbmirate 99 | ssoothing1@gmail.com | quizbanks.com |
| Group 9 | | | staequiz@gmail.com | quizsol.com |
| Group 9 | | | tbmirate@gmail.com | testbanklance.com |
| Group 10 | Haseeb Anjum | | abbyidelle99134@gmail.com | audiobooksbookshop.com |
| Group 10 | Yassine Lias | Marc Condon | abbieclark859572@gmail.com | audiobooksbs.com |
| Group 10 | | Henry Hoey | admin+collegestudenttextbook.org@njal.la | awakebookstore.com |
| Group 10 | | Calvin Polansky | amnamrizvi@gmail.com | blatbooks.com |
| Group 10 | Rosa Laumen | | anjumakhter@gmail.com | collegestudenttextbook.com |
| Group 10 | Abdulsalam Mohamad | Clinton J. Williams | billing+collegestudenttextbook.org@njal.la | collegestudenttextbook.org |
| Group 10 | | Debbie J. Slaughter | cardpayment@enapar.xyz | collegestudenttextbooks.com |
| Group 10 | Bien Tien Nguyen | | cardpayment@popkein.xyz | ctextbooks.com |
| Group 10 | Sherry Sanders | Leanne Karen Droessler | cardpayment@sumoug.xyz | difacebook.com |
| Group 10 | Waleska Camacho | | cardsupport@dweear.xyz | duranbook.com |
| Group 10 | Susan Ragon | | charlesallen115194@gmail.com | duranbooks.com |
| Group 10 | Anjum Akhter | | chrissimpson556617@gmail.com | duranbooks.net |
| Group 10 | Amna Rizvi | Amna M. Riz | civillainsd5ssd2s@gmailcom | egglestonoffice.com |
| Group 10 | | I20 AL-HUMRA SOCIETY TIPU S | clarencelmendoz54@gmail.com | emeraldsoft.net |
| Group 10 | | 1337 Services LLC | claytonpeters507@gmail.com | jimdavisbooks.com |
| Group 10 | | BOOKHARBOUR | contact@collegestudenttextbook.com | latestgadgets.tech |
| Group 10 | | College Student Textbooks | contact@collegestudenttextbooks.com | raisingreaderspk.com |
| Group 10 | | Egglestonoffice | contact@ctextbooks.com | solutionbank.co |
| Group 10 | | EHOSTSTUDYBOOKS | contact@textbookpond.com | varokee.com |
| Group 10 | | Evan Lai | contact@trouserstv.store | zoofs.nl |
| Group 10 | | Fiverr Ltd. Payouts International | contact@varokee.com | |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 14 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 14 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 10 | | Fiverr Ltd. Payouts LBT | craigrogers886032@gmail.com | |
| Group 10 | | Guru.com | danielbailey269806@gmail.com | |
| Group 10 | | People Per Hour | dd.nhat.bkhn@gmail.com | |
| Group 10 | | Quan Tien Nguyen | debratkolb63@gmail.com | |
| Group 10 | | Ricardo Lasa | harbourinvestmentbv@gmail.com | |
| Group 10 | | Sandra N. Galindo | Haseeb@Defence.Pk | |
| Group 10 | | Sitewit Corp | haseebanjum@gmail.com | |
| Group 10 | | Spidle Dramatic | info@zoofs.nl | |
| Group 10 | | TextBookPond.com | jameschapman748381@gmail.com | |
| Group 10 | | Thinh Nhu Nguyen | josephmmurrah72@gmail.com | |
| Group 10 | | Tu Van Dang | leehunt499015@gmail.com | |
| Group 10 | | | liviamace08huyjizxkkss@gmail.com | |
| Group 10 | | | marc.condon991@outlook.com | |
| Group 10 | | | minniertamika4928153@gmail.com | |
| Group 10 | | | nessyrosalind17167@gmail.com | |
| Group 10 | | | nguyenhailong.ptit@gmail.com | |
| Group 10 | | | nikkelomar11942745@gmail.com | |
| Group 10 | | | pay@charie.xyz | |
| Group 10 | | | paygate@ireher.xyz | |
| Group 10 | | | paygates@litlah.xyz | |
| Group 10 | | | payment@atroe.xyz | |
| Group 10 | | | payment@pjanes.xyz | |
| Group 10 | | | payment@rhianonbea.xyz | |
| Group 10 | | | payments@ofilialyndsay.xyz | |
| Group 10 | | | payments@varokee.com | |
| Group 10 | | | pinjetteam@gmail.com | |
| Group 10 | | | solutionbank.co@gmail.com | |
| Group 10 | | | sonnyandradem19@gmail.com | |
| Group 10 | | | stripe@bookfit.store | |
| Group 10 | | | stripe@booknetwork.store | |
| Group 10 | | | stripe@zannya.xyz | |
| Group 10 | | | stripepaygate@kebarl.xyz | |
| Group 10 | | | support@duranbook.com | |
| Group 10 | | | support@duranbooks.com | |
| Group 10 | | | tech+collegestudenttextbook.org@njal.la | |
| Group 10 | | | useltonbrendon858927@gmail.com | |
| Group 10 | | | vvdung88@gmail.com | |
| Group 10 | | | walwnhall9179@gmail.com | |
| Group 10 | | | whois+collegestudenttextbook.org@njal.la | |
| Group 10 | | | yearlbtvww632@gmail.com | |
| Group 11 | James Cook | Hosam Almadhoun | admin@allnurses.site | 4hostme.com |
| Group 11 | | Hussam Almadhoun | admin@testbank978.com | az-testbank.com |
| Group 11 | | Hussam M Al Madhoun | basma2iyad@hotmail.com | buy-solutions-manual.com |
| Group 11 | | Hussan Hamdi Almadhoun | berniceturner5069@gmail.com | buy-test-bank.com |
| Group 11 | | Reza Faheem | buy-solutions-manual.com@domainsbyproxy.com | collegesharks.co |
| Group 11 | | Ahmad Nahed El Shaweesh | buy-test-bank.com@domainsbyproxy.com | Digitalbookcorner.com |
| Group 11 | | Luke Wayne | buy.solutions.manual@gmail.com | downloadsm.com |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 15 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 15 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 11 | Ekaterina Demidenko | วิกานดา นาตาลี (translated Wikanda Natali) | collegesharksco@gmail.com | downloadsmtb.com |
| Group 11 | | Bernice Turner | demi.kate@yahoo.com | downloadssm.com |
| Group 11 | | Kate Dems | demidenkokate2@gmail.com | downloadtb.com |
| Group 11 | | Lance Fletcher | etestbanksco@gmail.com | downloadttb.com |
| Group 11 | | Macee Verdegaal | fullmarkteam.com@domainsbyproxy.com | e-helpsolutions.com |
| Group 11 | | Mary Signs | fullmarkteam@live.com | ebook-freee.com |
| Group 11 | | Terrence Chambers | getsolutionteam.com@domainsbyproxy.com | egoodslibrary.myshopify.com |
| Group 11 | Id Tnaine Abdellah | Abdo | gomacend@gmail.com | etestbanks.com |
| Group 11 | | Id Tnine Abdellah | h.madhoun@live.com | free-ebooks-pdf.com |
| Group 11 | Maher Jarar d/b/a Online Learning Edu | Ali Masalmah | helpessam@gmail.com | fullmarkteam.com |
| Group 11 | | Essam Barakat | helpessam2@gmail.com | genuinetestbank.com |
| Group 11 | | Haya Adale | hhmacend@gmail.com | getsolutionsteam.com |
| Group 11 | | Jameel Ali | info@dollarSEOclub.com | getsolutionteam.com |
| Group 11 | | Students Manuals | Insurance.claim@mfsocialmedia.com | helpstudents1.com |
| Group 11 | | Thar Adale | jamescook8349@gmail.com | mytestbanks.com |
| Group 11 | Michael James Fied d/b/a Main Force, LLC and Main Force, LLC-Zoommarketing | Michael Fied | job9@live.com | nursingtestbank2.com |
| Group 11 | | Michael J Fied | johnmiller61989@hotmail.com | nursingtesthelp.com |
| Group 11 | | Web Dev Group Ltd. LLC | josephobrien12.4004@gmail.com | online-study.com |
| Group 11 | | Main Force, LLC | kadedemidenko@yahoo.com | smdtbownload.com |
| Group 11 | Said Ouakrim | Ouakrim Said | katedemidenkoppc@gmail.com | solutions-books.com |
| Group 11 | | ProDevMedia | katya.demi@yahoo.com | solutionsmanuals.org |
| Group 11 | Daniel Lew d/b/a Exam Buddy, LLC | | learningoon@gmail.com | storesstudents.com |
| Group 11 | | Alina Clark | mahergmco@gmail.com | student-saver-team.com |
| Group 11 | | Ali Samy | mail@testbankbay.com | students-exams.com |
| Group 11 | | A-Z TestBank | maryjonline88@gmail.com | students-manuaal.com |
| Group 11 | | Basma Iyad | mhm011@live.com | students-manuals.com |
| Group 11 | | Health Services | michael@pokemonvitamins.com | students-solutions.com |
| Group 11 | | MACO | michael@webdevgroup.com | studentshelp3.com |
| Group 11 | | Selling Services Online | micro.bit@live.com | test-bank.info |
| Group 11 | | Testbankco | najah.edu6@gmail.com | testbank10.com |
| Group 11 | | John Brown | nathan@mfsocialmedia.com | testbank35.com |
| Group 11 | | | NathanProductions@yahoo.com | testbank45.com |
| Group 11 | | | NathansProductions@yahoo.com | testbank50.com |
| Group 11 | | | Neal@mfsocialmedia.com | testbank9.com |
| Group 11 | | | newtourism@gmail.com | testbank911.com |
| Group 11 | | | noc@onlinenic.com | testbank978.com |
| Group 11 | | | ouakkrim@gmail.com | testbankacademy.com |
| Group 11 | | | payments@webdevcare.com | testbankandsolutionsmanual.com |
| Group 11 | | | receipts+s3lubtliufmmxcixfeek@stripe.com | testbankap.com |
| Group 11 | | | sale@testbankbyte.com | testbankbay.com |
| Group 11 | | | sales@nursingtestbank2.com | testbankbyte.com |
| Group 11 | | | sales@testbank10.com | testbankcart.com |
| Group 11 | | | sales@testbank35.com | testbankdoc.com |
| Group 11 | | | sales@testbank45.com | testbankexplore.com |
| Group 11 | | | sales@testbankguarantee.com | testbankguarantee.com |
| Group 11 | | | sales@testbankinc.com | testbankinc.com |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 16 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 16 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 11 | | | sales@testbanklink.com | testbanklink.com |
| Group 11 | | | sales@testbanknet.com | testbanknet.com |
| Group 11 | | | sales@testbankonline.com | testbankonline.com |
| Group 11 | | | Sales@TestbankPlanet.com | testbankplanet.com |
| Group 11 | | | sales@testbanksolutionmanual.com | testbankpro.com |
| Group 11 | | | sales@testbankzon.com | testbanks4us.com |
| Group 11 | | | salesteam@testbankexplore.com | testbankskey.com |
| Group 11 | | | solutionsmanuals.org@domainsbyproxy.com | testbanksolutionmanual.com |
| Group 11 | | | students-exams.com@domainsbyproxy.com | testbankszip.com |
| Group 11 | | | students-manual.com@domainsbyproxy.com | testbanktop.com |
| Group 11 | | | students-manuals.com@domainsbyproxy.com | testbankzon.com |
| Group 11 | | | studentshpp@gmail.com | textbook-solutions.com |
| Group 11 | | | studentsmanuals@gmail.com | textbooksolutions.cc |
| Group 11 | | | sumxmut@gmail.com | ttbdownload.com |
| Group 11 | | | support@mfsocialmedia.com | wikihelpfor.com |
| Group 11 | | | support@testbank50.com | wikiseoi.com |
| Group 11 | | | support@testbankcart.com | wikiseoo.com |
| Group 11 | | | support@testbankinc.com | |
| Group 11 | | | support@testbankplanet.com | |
| Group 11 | | | tech.man@hotmail.com | |
| Group 11 | | | test-bank.info@domainsbyproxy.com | |
| Group 11 | | | testbandkdoc@gmail.com | |
| Group 11 | | | testbank-solutionmanual.com@domainsbyproxy.com | |
| Group 11 | | | testbank50@gmail.com | |
| Group 11 | | | testbankbyte@gmail.com | |
| Group 11 | | | testbankcart@gmail.com | |
| Group 11 | | | testbankfinder2018@gmail.com | |
| Group 11 | | | testbanklink@gmail.com | |
| Group 11 | | | testbankplanet@gmail.com | |
| Group 11 | | | testbanks-online.com@domainsbyproxy.com | |
| Group 11 | | | testbanks4us.com@domainsbyproxy.com | |
| Group 11 | | | testbankszip@gmail.com | |
| Group 11 | | | textbooksolutions.cc@gmail.com | |
| Group 11 | | | tharadale@gmail.com | |
| Group 11 | | | tharadale5@gmail.com | |
| Group 11 | | | viplinks@outlook.com | |
| Group 11 | | | wallace.esmith151542@gmail.com | |
| Group 11 | | | yacine.ait.abdeslam@gmail.com | |
| Group 11 | | | you@example.com | |
| Group 12 | Asaad Qureshi | Asaad M. Qureshi | accounts@asaadq.com | testmango.com |
| Group 12 | | George Valentine | admin@essensible.com | tbnk.co |
| Group 12 | | Test Mango | admin@testmango.net | testmango.net |
| Group 12 | | Vanessa Bulan | ampedmedicine@gmail.com | testmango.co |
| Group 12 | Mango Reactor Corp. | | amqlit@gmail.com | testmango.me |
| Group 12 | | | asaadmq@gmail.com | testmango.org |
| Group 12 | | | bluepearlnetwork@gmail.com | |
| Group 12 | | | domains@asaadq.com | |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 17 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 17 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Group 12 | | | george@testmango.com | |
| Group 12 | | | george@testmango.net | |
| Group 12 | | | hello@testmango.net | |
| Group 12 | | | hi@heartsomeone.com | |
| Group 12 | | | id@asaadq.com | |
| Group 12 | | | mangoreactor@gmail.com | |
| Group 12 | | | payments@livo.ca | |
| Group 12 | | | payments@mangonames.com | |
| Group 12 | | | payments@testmango.com | |
| Group 12 | | | payments@testmango.net | |
| Group 12 | | | payments@wordk.com | |
| Group 12 | | | paypal-hs@asaadq.com | |
| Group 12 | | | paypal-testmango@asaadq.com | |
| Group 12 | | | phrenorrhagetx@gmail.com | |
| Group 12 | | | testmango.com@domainsbyproxy.com | |
| Group 12 | | | vanessa.b8@hotmail.com | |
| Group 12 | | | vanessa.platinumempinc8@gmail.com | |
| Group 12 | | | vanessa.visions@gmail.com | |
| Doe 3 | Ihab Hamdi | Aplus TBSM | aplusTBSM@gmail.com | aplustbsm.blogspot.com |
| Doe 3 | | A Plus Test Bank | ehab_hamdi98@hotmail.com | |
| Doe 3 | | A Plus Test Bank & Solutions Manual | ehab71998@gmail.com | |
| Doe 3 | | | project1888@hotmail.com | |
| Doe 5 | Yusoff Ramdan | Naqiuddin Naim | naqiuddinnaim@gmail.com | buddiez4u.myshopify.com |
| Doe 5 | | | ramdanyusoff808@gmail.com | |
| Doe 7 | Ryad Miftah | Willie Andrus | aze6353@gmail.com | buytestbankfor.com |
| Doe 7 | | Yassine Hbat | contact@buytestbankonline.com | buytestbankonline.com |
| Doe 7 | | Lusiva Sarl Au | dimahna2016@gmail.com | thinkedition.com |
| Doe 7 | | | dimahna2017@gmail.com | |
| Doe 7 | | | ryad396@mail.com | |
| Doe 8 & 45 | Asim Saeed | Nouman Sarwar | bookyourorder@outlook.com | canadiantestbanksolutions.blogspot.com |
| Doe 8 & 45 | | Canadian Test Banks | canadiantbs@hotmail.com | testbankandsolutions.blogspot.com |
| Doe 8 & 45 | | | liz.bailey.bu@gmail.com | en.gravatar.com/testbankmart |
| Doe 8 & 45 | | | noumanawan@msn.com | testbankmart.wordpress.com |
| Doe 8 & 45 | | | soondotvalley@gmail.com | |
| Doe 8 & 45 | | | testbankmart@gmail.com | |
| Doe 12 | Landon Nettles | | PayPallandon93net@gmail.com | digtext.com |
| Doe 12 | | | sales.digtext@gmail.com | |
| Doe 12 | | | Support@digtext.com | |
| Doe 13 | Ali Hassan | Ali Raza | aliraza091109@gmail.com | ebookas.com |
| Doe 13 | | Tyler Bu | captainshrepnelltd@gmail.com | bootbookee.org |
| Doe 13 | | | contact@ebookas.com | ebookam.com |
| Doe 13 | | | ebookas@hotmail.com | en.gravatar.com/contactebookascom |
| Doe 13 | | | ebookstore911@gmail.com | fixexam.com |
| Doe 13 | | | hassanthedeveloper@gmail.com | testbankway.com |
| Doe 13 | | | mrsunnyfiverr@gmail.com | wearesellingebooks.com |
| Doe 13 | | | onlinestores.payment@gmail.com | |
| Doe 13 | | | payment.ebookas@gmail.com | |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 18 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 18 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Doe 13 | | | richardhavins987@gmail.com | |
| Doe 13 | | | tylerkowalczyk007@gmail.com | |
| Doe 13 | | | whisperhill7865@gmail.com | |
| Doe 20 | Abdul Aszman Bin Amin | Asam Enterprise | aszmanamin@outlook.com | maxizzy.myshopify.com |
| Doe 25 | Elizabeth Arthur | Elizabeth M Arthur | 4XS6KKM71K6RY@unit-token.squareup.com | nursingtestbanks.co |
| Doe 25 | | Bella Bugati | 964T0NKSPQO5S@unit-token.squareup.com | en.gravatar.com/nursingtestbanksco |
| Doe 25 | | Nurse Barbie | bella.bugati.7@gmail.com | nursingtestbanks.in |
| Doe 25 | | Mitchell Valencia | jtutera6@gmail.com | |
| Doe 25 | | Mitchell L Valencia | nursingtestbanks.co@gmail.com | |
| Doe 25 | | Elizabeth M Arthur Web Development | nursingtestbanks.in@gmail.com | |
| Doe 25 | | Nursing Education | PG9SZN8Y1VZTS@unit-token.squareup.com | |
| Doe 25 | | Nursing Student Resources | prosperityforall83@gmail.com | |
| Doe 25 | | Nursing Test Banks | seapyramid.net@gmail.com | |
| Doe 25 | | Nursing Web Development | stmichael7997@gmail.com | |
| Doe 28 | Amirul Amin Razak | Khairul Amirin Yusri | a.aminrazak@outlook.com | rhyible.myshopify.com |
| Doe 28 | | Amirul & Co | khairulamiriny@gmail.com | |
| Doe 29 | Yuliana Yuliana | Henry Cahyono | ebookstub@gmail.com | solutionsmanual888.wordpress.com |
| Doe 29 | | Henry Cahyono Nugroho | onlinetutoring.service@gmail.com | ebookstub.com |
| Doe 29 | | Henry Nugroho | onlinetutorings.com@domainsbyproxy.com | en.gravatar.com/solutionsmanual888 |
| Doe 29 | | Sherlonda Enagbare | onlinetutorings.service@gmail.com | onlinetutorings.com |
| Doe 29 | | Solutions Manual | onlinetutorings@gmail.com | sbooks4sale.com |
| Doe 29 | | ebookstub | quantimetrics@gmail.com | solutionsmanual.com |
| Doe 29 | | Online Tutorings | sbooks4sale@hotmail.com | solutionsmanual.net |
| Doe 29 | | Quantimetric Research | solutionsmanual888@gmail.com | solutionsmanualonline.com |
| Doe 29 | | S S Publication | solutionsmanualonline.com@domainsbyproxy.com | sspublication.com |
| Doe 29 | | sbooks | sspublication@aol.com | test-bank.org |
| Doe 29 | | Sbooks4sale | suryanet@hotmail.com | testbank.co |
| Doe 29 | | sbookssale | test-bank.org@domainsbyproxy.com | testbank.org |
| Doe 29 | | Shinning Stars Publishing | testbank.co@domainsbyproxy.com | thetestbank.com |
| Doe 29 | | Test Bank Store | | |
| Doe 30 | Yi Shi | Mike Jojo | solutiontestbank@163.com | solutiontestbank.com |
| Doe 30 | | Mike Shi | solutionstb@gmail.com | |
| Doe 30 | | Solution Testbank | | |
| Doe 30 | | Academic eBook | | |
| Doe 31 | Yongho Ko | Aytoo Hoasteng | addreputation@gmail.com | Smtbstore.com |
| Doe 31 | | Bryan Muthig | datalooker@gmail.com | solutiontestbank.net |
| Doe 31 | | Isssac David | domains@a2hosting.com | addreputation.com |
| Doe 31 | | Ko Yong Ho | indigo01515@gmail.com | en.gravatar.com/smtbstore |
| Doe 31 | | SMTB | smtbstore@gmail.com | |
| Doe 31 | | Yong Ho Ko SMTB | | |
| Doe 31 | | A2 Hosting, Inc. | | |
| Doe 31 | | SMTB Indigo | | |
| Doe 31 | | SMTB Store | | |
| Doe 36 | 政 袁 (translated Zheng Yuan) | 平山县次戏百货店 | yzvo@vip.qq.com | tb-book.com |
| Doe 38 | Hesham Mansour | Test Bank | pay.tb@hotmail.com | test-bank-solution.blogspot.com |
| Doe 38 | | Test Bank Solution Manuals | testb-solutions@hotmail.com | |
| Doe 39 | 乔 张 (translated Joe Zhang) | Bo Zhang | cnubuntu@qq.com | testbank.cc |

Case 1:20-cv-08438-LLS   Document 73   Filed 09/24/21   Page 19 of 21
Case 1:20-cv-08438-LLS   Document 66-6   Filed 07/23/21   Page 19 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Doe 39 | | Qiao Zhang | qidiantiku@foxmail.com | |
| Doe 39 | | Yantaiqu | qidiantiku@gmail.com | |
| Doe 39 | | CNUBUNTU | tb4u@foxmail.com | |
| Doe 39 | | cn tomato | ubuntuchina@foxmail.com | |
| Doe 39 | | | ubuntuchina@qq.com | |
| Doe 40 | Jaya Bread Peoria | John Mary | aceyourstudymarket@gmail.com | testbank.co.com |
| Doe 40 | | Kevin Sage | aenasial91@gmail.com | testbankaol.com |
| Doe 40 | | Kevin Savage | essayoptionz@gmail.com | testbankmode.org |
| Doe 40 | | Moez Ur Rehman | johnmary5jan@gmail.com | testbanksol.com |
| Doe 40 | | Mohammad Sameed | kevinsagellc@gmail.com | thetestanswer.com |
| Doe 40 | | Qurrat | Microna@mail.com | |
| Doe 40 | | Qurrat Ul Ain | sameedabbasi1@gmail.com | |
| Doe 40 | | Qurratul Ain | testbankdotco@gmail.com | |
| Doe 40 | | Ubair Khan | | |
| Doe 40 | | Kevin's Services | | |
| Doe 43 & 57 | Ragavendran S S Sitharaman Subramanian | Test Bank Grade | contact@privacyprotect.org | testbank2020.com |
| Doe 43 & 57 | | | payment@studydeed.com | testbankgrade.com |
| Doe 43 & 57 | | | payment@testbank2020.com | |
| Doe 43 & 57 | | | payment@testbankedge.com | |
| Doe 43 & 57 | | | payment@testbankgrade.com | |
| Doe 43 & 57 | | | ragaventrop@gmail.com | |
| Doe 51 | Nguyen Huu Dung | Dung Nguyen | info@testbankdata.com | testbankdata.com |
| Doe 51 | | | paypalpayment@testbanklab.com | |
| Doe 55 | Doe 55 d/b/a testbankfiles.com | | admin@testbankfiles.com | testbankfiles.com |
| Doe 55 | | | sales@testbankfiles.com | |
| Doe 58 | Phuong Gia Nguyen | Slfj Meotj | aniemguss@gmail.com | testbankgroup.com |
| Doe 58 | | TBGroup | AniemGuss@tbmail.win | |
| Doe 58 | | | thandieudaihiep919@gmail.com | |
| Doe 63 | Ha Nguyen | TBLab | support@testbanklab.com | testbanklab.com |
| Doe 65 | Adam Peterson | TBM Education | adampeterson78@outlook.com | testbankmanuals.com |
| Doe 65 | | | testbankmanuals@protonmail.com | |
| Doe 65 | | | razanrafat112@gmail.com | |
| Doe 65 | | | testbanksmanual@gmail.com | |
| Doe 66 | Van Quan Pham | Azim Jivani | exambanksolutions.com@domainsbyproxy.com | exambanksolutions.com |
| Doe 66 | | Grades Assitants | exammaterials1@gmail.com | testbanknsolutions.com |
| Doe 66 | | Nguyen Manh Cong Dat | examtestsolutions.com@domainsbyproxy.com | thetestbanksolutions.com |
| Doe 66 | | Sultan A. Sonawala | examtestsolutions@gmail.com | examtestsolutions.com |
| Doe 66 | | Sultan Sonawala | kng5837@gmail.com | facebook.com/onlinetutoring101 |
| Doe 66 | | | master4unu@yahoo.com | |
| Doe 66 | | | nguyenmanhdat22982@gmail.com | |
| Doe 66 | | | sultan.sonawala@hotmail.com | |
| Doe 66 | | | testbanknsolutions.com@domainsbyproxy.com | |
| Doe 66 | | | testbanknsolutions@gmail.com | |
| Doe 66 | | | thetestbanksolutions.com@domainsbyproxy.com | |
| Doe 66 | | | thetestbanksolutions@gmail.com | |
| Doe 75 | Mohammed Rababah | Mido Hamda | aseel.ahmad38@yahoo.com | testbankslist.wordpress.com |
| Doe 75 | | Mohammad Mohammad | avv.aww2018@ya.ru | en.gravatar.com/testbanko |

Case 1:20-cv-08438-LLS  Document 73  Filed 09/24/21  Page 20 of 21
Case 1:20-cv-08438-LLS  Document 66-6  Filed 07/23/21  Page 20 of 28
Exhibit A

| Defendant Group | Defendants' Names | Defendants' Aliases | Email Addresses | Known Infringing Sites |
|---|---|---|---|---|
| Doe 75 | | Test Bank Solution Manuals | avv.aww2018@yandex.kz | |
| Doe 75 | | Mohammad Hamdan | mohammad-m2007@hotmail.com | |
| Doe 75 | | | rababahmo@yahoo.com | |
| Doe 75 | | | sweetlove.dream@yahoo.com | |
| Doe 75 | | | testbanko@gmail.com | |
| Doe 75 | | | zm9877@gmail.com | |
| Doe 76 | 德福 刘 (translated Telford Liu) | Chenty Test Bank & Solution Manual | 277544847@qq.com | testbanksolution01.com |
| Doe 76 | | DeFu Liu | ccrp7009@gmail.com | easytutoring123.wordpress.com |
| Doe 76 | | Rowe Jae | kkptb01@gmail.com | en.gravatar.com/easytutoring123 |
| Doe 76 | | Testbanksm01 | testbanksm01@gmail.com | en.gravatar.com/testbanksolutionmanual01 |
| Doe 76 | | Testbanksm01 Chenty | weiyeah779@163.com | testbanksolutionmanual01.wordpress.com |
| Doe 76 | | 刘嘉玲 | | |
| Doe 76 | | 文邵 棻 | | |
| Doe 78 | Tyra Johnson | C Moss | bel.inda.lauer@gmail.com | testbankster.com |
| Doe 78 | | Jerome Clay | brentbucksolution@gmail.com | acetestbank.com |
| Doe 78 | | Kenya Wilson | eleanorsunford76@yahoo.com | alltestbank.solutions |
| Doe 78 | | Leon Chiprout | gf63yuf45u333@gmail.com | alltestbanksolution.com |
| Doe 78 | | Monique Swanson | hellenvicarilqbn@yahoo.com | alltestbanksolutions.com |
| Doe 78 | | Quan Li | info@testbankster.com | en.gravatar.com/testsupportguide |
| Doe 78 | | | lchiprout@gmail.com | testbankisbn.com |
| Doe 78 | | | leonchiprout@yahoo.com | testbanks.shop |
| Doe 78 | | | lesononio36@zirmail.com | testbanks.solutions |
| Doe 78 | | | simplesolutionmanuals@gmail.com | testbankspace.com |
| Doe 78 | | | support@testbankster.com | testbankster.com.premiumdns |
| Doe 78 | | | universal.student.solution@gmail.com | |
| Doe 80 | Anna Reynold | | paypalage@yahoo.ca | testbanktop.com |
| Doe 80 | | | support@testbanktop.com | |
| Doe 80 | | | testbanktop@gmail.com | |
| Doe 81 | Doe 81 d/b/a testbanktree.com | | inquiry@testbanktree.com | testbanktree.com |
| Doe 81 | | | dominhquy912@gmail.com | |

**Exhibit D: Plaintiffs' Imprints**

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School |
| Cengage | Publishers |
| Cengage Learning | Bedford/St. Martin's |
| Course Technology | BFW |
| Delmar | BFW High School Publishers |
| Gale | Freeman |
| Heinle | Macmillan Learning |
| Milady | W.H. Freeman & Company |
| National Geographic Learning | Worth |
| South-Western Educational Publishing | Worth Publishers |
| Wadsworth | |

| Elsevier | |
|---|---|
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |

| McGraw Hill | Pearson |
|---|---|
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| McGraw Hill | Pearson |
| NTC/Contemporary | Pearson Education |
| Osborne | Que Publishing |
| Schaum's | Sams Publishing |